# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JEANNETTE MARTELLO and JYM, LLC,

        Plaintiffs,

v.                                      Case No: 6:12-cv-1304-Orl-22GJK

PRODUCT QUEST MANUFACTURING, LLC, JOHN T. REGAN and PRODUCT QUEST MANUFACTURING, INC.,

        Defendants.

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** MOTION FOR LEAVE TO FILE REPLY (Doc. No. 41)
>
> **FILED:** November 14, 2013
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED in part and DENIED in part**. On or before November 22, 2013, Defendant shall file a reply not to exceed three (3) pages in length.

**DONE** and **ORDERED** in Orlando, Florida on November 18, 2013.

*/s/ Gregory J. Kelly*
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

- 2 -

Copies furnished to:

Counsel of Record
Unrepresented Parties