# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

JEANNETTE MARTELLO, individually,
JYM, LLC,

                                  Plaintiffs,

-vs-                                              Case No. 6:12-cv-1304-Orl-22GJK

PRODUCT QUEST MANUFACTURING,
LLC, JOHN T. REGAN, Individually, and
PRODUCT QUEST MANUFACTURING,
INC.,

                                  Defendants.

| JUDGE | **Paul A. Zoss**<br>U.S. Magistrate Judge | DATE AND TIME | December 18, 2013<br>1:36-2:20 |
|---|---|---|---|
| DEPUTY CLERK | Kim Anderson | TAPE/REPORTER | digital |
| COUNSEL/PLTF.(S) | Justin Sobodash via telephonic conference | COUNSEL/DEFT.(S) | Rob Norway present |

# CLERK'S MINUTES
## TELEPHONIC HEARING DISCOVERY MOTIONS

Case called, appearances made, procedural setting by Court
Pla counsel addresses the Court
Court addresses Pla counsel regarding their motions
Pla counsel responds
Dft counsel addresses the Court
Court directs parties to notify this court by noon tomorrow regarding deposition schedule
Court directs counsel Sobodash to produce all documents to Pla counsel by 12/31/13
Court rules on motion #52
Court holds in abeyance ruling on motions 50 and 54
Court adjourned