# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JEANNETTE MARTELLO and JYM, LLC,

        Plaintiffs,

v.                           Case No:   6:12-cv-1304-Orl-22GJK

PRODUCT QUEST MANUFACTURING, LLC, JOHN T. REGAN and PRODUCT QUEST MANUFACTURING, INC.,

        Defendants.

## ORDER

This cause came on for consideration after oral argument on the following motions filed herein:

| | |
|---|---|
| **MOTION:** | **DEFENDANTS' OPPOSED MOTION FOR ONE WEEK ENLARGEMENT OF EXPERT DISCLOSURE DEADLINE** (Doc. No. 52) |
| **FILED:** | December 16, 2013 |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

| | |
|---|---|
| **MOTION:** | **DEFENDANTS' FIRST MOTION TO COMPEL AND FOR SANCTIONS** (Doc. No. 50) |
| **FILED:** | December 9, 2013 |

**THEREON** it is **ORDERED** that a ruling on the motion is **ABATED**.

> **MOTION:** **DEFENDANTS' SECOND OPPOSED MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM PLAINTIFFS AND REQUEST FOR AWARD OF ATTORNEYS' FEES** (Doc. No. 54)
>
> **FILED:** December 17, 2013
>
> ___
>
> **THEREON** it is **ORDERED** that a ruling on the motion is **ABATED**.

On December 18, 2013, the Court held a hearing on the above-styled motions and all other outstanding discovery disputes. As set forth on the record at the hearing, it is hereby **ORDERED** that:

1. Defendants' Opposed Motion for One Week Enlargement of Expert Disclosure Deadline is **GRANTED**. Defendants shall have until January 10, 2014 to serve their expert report;

2. The parties shall immediately confer in a good faith effort to schedule all remaining depositions prior to the discovery deadline. **If the parties are unable to agree upon scheduling the remaining depositions, on or before NOON on THURSDAY, December 19, 2013, the parties shall contact chambers and the court will unilaterally schedule the depositions**;

3. **On or before December 31, 2013**, Plaintiff shall serve responses and produce all responsive documents to Defendants' requests for production in ESI format. Simultaneously, Plaintiff shall provide Defendants with a proper privilege log, identifying any and all documents withheld on the basis of attorney-client privilege or work product doctrine by bates stamp numbers. **Failure to provide the above-**

**referenced discovery and privilege log will result in sanctions, which may include dismissal of the case for failure to prosecute**.

4. A ruling on Defendants' First and Second Motions to Compel (Doc. Nos. 50, 54) is **ABATED** pending Plaintiff's production of documents set forth above, Plaintiff's responses to the motions, and the parties continuing good faith conferences to resolve the issues raised in the motions without the Court's involvement. As set forth at the hearing, the Court expects the parties to resolve the issues raised in the motion and, to the extent the parties cannot resolve all issues, to narrow the remaining issues so that they may be better presented to the Court in an amended motion(s); and

5. **Failure of the parties and/or attorneys to comply with this order will result in sanctions**.

**DONE** and **ORDERED** in Orlando, Florida on December 18, 2013.

_____
THE HONORABLE PAUL A. ZOSS
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties