UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
____ORLANDO____ DIVISION

Jeannette Martello and   Plaintiff(s),
JVM, LLC

-v-                      Case No. 6:12-cv-1304-Orl-22GJK

Product Quest Manufactu
LLC, John T. Regan et. al  Defendant(s)

## MEDIATION REPORT

In accordance with the Court's mediation order(s), a mediation conference was held on December 4 ✶, 20 13, and the results of that conference are indicated below:

(a) The following individuals, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference, and each possessed the requisite authority:

- [✓] All individual parties and their respective trial counsel.
- [ ] Designated corporate representatives.
- [ ] Required claims professionals.

(b) The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or participate as ordered:

_____
_____
_____
_____
_____
_____
_____

✶ and continued through December 24, 2013.

(c) The outcome of the mediation conference was:

☐ <u>The case has been completely settled</u>. In accordance with Local Rule 9.06(b), lead counsel will promptly notify the Court of settlement in accordance with Local Rule 3.08 by the filing of a settlement agreement signed by the parties and the mediator within ten (10) days of the mediation conference.

☐ <u>The case has been partially resolved</u> and lead counsel has been instructed to file a joint stipulation regarding those claims which have been resolved within ten (10) days. The following issues remain for this Court to resolve:

_____
_____
_____
_____

☐ <u>The conference was continued</u> with the consent of all parties and counsel. The mediation conference will be held on a date certain not later than ten (10) days prior to the scheduled trial date. Any continuance beyond that time must be approved by the presiding Judge. Mediation Reports will be filed after additional conferences are complete.

☑ <u>The parties have reached an impasse.</u>

**Done this** 26 day of December, 20 13, in Maitland, Florida.

_____
Signature of Mediator

Emery H. Rosenbluth Jr.
Name of Mediator

1015 Maitland Center Comm.

Blvd. Suite 110
Mailing Address

Maitland                FL
City                    State

32751        321 - 263 - 0300
Zip          Telephone Number