UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JEANNETTE MARTELLO and JYM, LLC,**

      **Plaintiffs,**

v.                                                             Case No: 6:12-cv-1304-Orl-22GJK

**PRODUCT QUEST MANUFACTURING, LLC, JOHN T. REGAN and PRODUCT QUEST MANUFACTURING, INC.,**

      **Defendants.**
_____/

**ORDER**

On December 18, 2013, the court entered an order directing Plaintiff Jeannette Martello to serve responses, produce all responsive documents in ESI format, and provide a privilege log identifying any and all documents withheld on the basis of the attorney-client privilege or work product doctrine by bates stamp numbers to Defendants' requests for production on or before December 31, 2013. Doc. No. 56. The court warned Plaintiff that failure to comply with the court's order will result in sanctions, which may include dismissal of the case for failure to prosecute. Doc. No. 56 at 1-2. In the order, the court also abated ruling on Defendants' two motions to compel (Doc. Nos. 50, 54) pending Plaintiff's compliance with the court's above-stated order, Plaintiff filing responses to the motions, and the parties engaging in a good faith conference to resolve the issues raised in the motions to compel without the court's involvement. Doc. No. 56 at 2. The court stated that it expects the parties to resolve or narrow the remaining issues so that they may be better presented, if necessary, in amended motions. To date, the parties have not notified the court as to whether Plaintiff complied with the court's order and/or whether the

motions to compel may be denied as moot.[1]  Accordingly, it is hereby **ORDERED** that **on or before Tuesday, January 7, 2013, the parties shall file a joint status report as to the status of discovery as directed in the court's December 18, 2013 order**.

**DONE** and **ORDERED** in Orlando, Florida on January 3, 2014.

_____
THE HONORABLE PAUL A. ZOSS
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

[1] The court notes that the deadline to file a response to the first motion to compel (Doc. No. 50) has expired, and the deadline to file a response to the second motion to compel (Doc. No. 54) expires at midnight tonight.  *See* Local Rule 3.01(b) and Fed.R.Civ.P. 6(d).   No motions for extension of time have been filed.