**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JEANNETTE MARTELLO and JYM, LLC,**

      **Plaintiffs,**

v.                                                          Case No:   6:12-cv-1304-Orl-22GJK

**PRODUCT QUEST MANUFACTURING, LLC, JOHN T. REGAN and PRODUCT QUEST MANUFACTURING, INC.,**

      **Defendants.**

**ORDER**

This cause came on for consideration on the parties' respective status reports regarding discovery. Doc. Nos. 56, 61-62. The Court finds that a telephonic hearing is necessary to address the Court's prior order (Doc. No. 56), and the issues raised in the status reports (Doc. Nos. 61-62). Accordingly, it is hereby **ORDERED** that:

1. On Friday, January 10, 2014, at 1:30 P.M., in Courtroom No. 3C, the Court will hold a telephonic hearing;

2. Counsel shall coordinate a conference call and jointly call the Courtroom at 407.835.3825 at least five (5) minutes prior to the hearing. Otherwise, counsel may appear in person; and

3. Counsel shall be prepared to discuss and resolve all outstanding discovery issues.

- 2 -

     **DONE** and **ORDERED** in Orlando, Florida on January 9, 2014.

*/s/ Paul A. Zoss*
THE HONORABLE PAUL A. ZOSS
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties