# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

JEANNETTE MARTELLO,
individually, JYM, LLC,

        Plaintiffs,

-vs-                           Case No. 6:12-cv-1304-Orl-22GJK

PRODUCT QUEST
MANUFACTURING, LLC, JOHN T.
REGAN, Individually, and
PRODUCT QUEST
MANUFACTURING, INC.,

        Defendants.

| JUDGE | **Paul A. Zoss**<br>U.S. Magistrate Judge | DATE AND TIME | January 10, 2014<br>1:29-2:00 |
|---|---|---|---|
| DEPUTY CLERK | Kim Anderson | TAPE/REPORTER | digital |
| COUNSEL/PLTF.(S) | Justin Sobodash | COUNSEL/DEFT.(S) | Rob Norway, Jason Zimmerman |

## CLERK'S MINUTES
## MISCELLANEOUS TELEPHONIC HEARING

Case called, appearances made, procedural setting by Court
Dft counsel Norway responds to Court
Pla counsel Sobodash replies
Court denies motions #50 and #54 without prejudice
Court adjourned