# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JEANNETTE MARTELLO and JYM, LLC,

      Plaintiffs,

v.            Case No: 6:12-cv-1304-Orl-22GJK

PRODUCT QUEST MANUFACTURING, LLC, JOHN T. REGAN and PRODUCT QUEST MANUFACTURING, INC.,

      Defendants.

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **NOTICE AND MOTION FOR PROTECTIVE ORDER STATEMENT OF RELIEF REQUESTED AND THE BASIS THEREFOR** (Doc. No. 74) |
| **FILED:** | January 23, 2014 |

**THEREON** it is **ORDERED** that the motion is **GRANTED**. The Court will enter the protective order attached to the motion.

**DONE** and **ORDERED** in Orlando, Florida on January 24, 2014.

THE HONORABLE PAUL A. ZOSS
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties