UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FILED 2014 FEB -3 PM 12: 05

| | |
|---|---|
| JEANNETTE MARTELLO, individually; and JYM, LLC, a Nevada limited liability company,<br>    Plaintiffs,<br>v.<br><br>PRODUCT QUEST MANUFACTURING, LLC, a Florida limited liability company; JOHN T. REGAN, individually; and PRODUCT QUEST MANUFACTURING, INC.,<br>    Defendants. | Case No. 6:12-CV-1304-ORL-22GJK |

## PLAINTIFF JEANNETTE MARTELLO'S REQUEST FOR SUBSTITUTION OF ATTORNEY

Plaintiff Jeannette Martello, the individual, respectfully submits this substitution of attorney. Presently, Mr. Justin Sobodash and The Law Office of Justin Sobodash represent Plaintiff Jeannette Martello, the individual, and plaintiff JYM, LLC. Local counsel, Mr. Rick Sierra of Orlando, Florida, also represents Jeannette Martello, the individual, and plaintiff JYM, LLC.

Jeannette Martello requests that the Court remove Mr. Justin Sobodash as counsel for both plaintiff Jeannette Martello, the individual, and plaintiff JYM, LLC. Plaintiff,

Jeannette Martello would like to represent herself in pro se and maintain local counsel, Mr. Rick Sierra as the attorney for plaintiff JYM, LLC.

Respectfully filed,

*Jeannette Martello*

Jeannette Martello, Plaintiff

# CERTIFICATE OF SERVICE

I hereby certify that Mr. Robert Norway and Mr. Rick Mitchell of the law firm of Gray Robinson were notified electronically on February 2, 2014 via the email addresses of Robert.Norway@gray-robinson.com and Rick.Mitchell@gray-robinson.com that attorney Justin Sobodash was terminated as my attorney in the case of Martello et al v. Product Quest Manufacturing, LLC et al, case number 6:12-cv-01304-ACC-GJK.

I hereby certify that on the third day of 2014, I will electronically send via email the Substitution of Attorney form (AO 154) as well as copies of the Request for Substitution of Attorney, Request for Extension of Time and Motion for Extension of Time that I am filing with the Orlando Division, Middle District of Florida today.

And I hereby certify that I will mail these filed documents by U.S. mail as well to:

Mr. Rob Norway and Mr. Rick Mitchell, Gray Robinson, 301 E. Pine Street, Suite 1400, P.O. Box 3068, Orlando, Florida 32801

*Jeannette Martello*

Jeannette Martello, Plaintiff
P.O. box 914
South Pasadena, CA 91031
drmartello@gmail.com

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Orlando Division, Middle __District of__ Florida

Martello et al
        Plaintiff (s),
V.
Product Quest Manufacting, LLC et al
        Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 6:12-cv-01304-ACC-GJK

Notice is hereby given that, subject to approval by the court, __Martello et al__ substitutes
(Party (s) Name)

__Jeannette Martello__, State Bar No. _____ as counsel of record in
(Name of New Attorney)

place of __Justin Sobodash__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Jeannette Martello
    Address: P.O. Box 914, South Pasadena, CA 91031
    Telephone: (626) 993-8501    Facsimile (855) 775-4633
    E-Mail (Optional): drmartello@gmail.com

I consent to the above substitution.
Date: 2/2/2014      _Jeannette Martello_
                                        (Signature of Party (s))

I consent to being substituted.
Date: 2/2/2014      _[signature]_
                                        (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 2/2/2014      _Jeannette Martello_
                                        (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____      _____
                                                             Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]