UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JEANNETTE MARTELLO, individually; and
JYM, LLC, a Nevada limited liability
company,
    Plaintiffs,
v.

PRODUCT QUEST MANUFACTURING,
LLC, a Florida limited liability company;
JOHN T. REGAN, individually; and
PRODUCT QUEST MANUFACTURING,
INC.,
    Defendants.

Case No. 6:12-CV-1304-ORL-22GJK

## PLAINTIFF JEANNETTE MARTELLO'S REQUEST FOR EXTENSION OF TIME TO ANSWER DEFENDANTS' RENEWED MOTION FOR SANCTIONS AGAINST PLAINTIFF AND ALTERNATIVE MOTION TO COMPEL

Plaintiff, Jeannette Martello, the individual, respectfully requests the court for an extension of time to answer Defendant's Renewed Motion for Sanctions Against Plaintiffs and Alternative Motion to Compel. Plaintiff Jeannette Martello has recently filed a substitution of attorney to represent herself individually in pro se as the individual plaintiff Jeannette Martello and has asked the Court to maintain Mr. Rick Sierra of Orlando, Florida as local counsel and attorney for plaintiff JYM, LLC. Since Defendants have filed a determinative Motion for Sanctions that would end with a termination of this

lawsuit, Plaintiff Jeannette Martello respectfully requests an extension of time to oppose this all-important Motion.

Respectfully submitted,

*Jeannette Martello*

Jeannette Martello, Individual Plaintiff, In Pro Se

# CERTIFICATE OF SERVICE

I hereby certify that Mr. Robert Norway and Mr. Rick Mitchell of the law firm of Gray Robinson were notified electronically on February 2, 2014 via the email addresses of Robert.Norway@gray-robinson.com and Rick.Mitchell@gray-robinson.com that attorney Justin Sobodash was terminated as my attorney in the case of Martello et al v. Product Quest Manufacturing, LLC et al, case number 6:12-cv-01304-ACC-GJK.

I hereby certify that on the third day of 2014, I will electronically send via email the Substitution of Attorney form (AO 154) as well as copies of the Request for Substitution of Attorney, Request for Extension of Time and Motion for Extension of Time that I am filing with the Orlando Division, Middle District of Florida today.

And I hereby certify that I will mail these filed documents by U.S. mail as well to:

Mr. Rob Norway and Mr. Rick Mitchell, Gray Robinson, 301 E. Pine Street, Suite 1400, P.O. Box 3068, Orlando, Florida 32801

*Jeannette Martello*

Jeannette Martello, Plaintiff
P.O. box 914
South Pasadena, CA 91031
drmartello@gmail.com