# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JEANNETTE MARTELLO and JYM, LLC,

      Plaintiffs,

v.                          Case No: 6:12-cv-1304-Orl-22GJK

PRODUCT QUEST MANUFACTURING, LLC, JOHN T. REGAN and PRODUCT QUEST MANUFACTURING, INC.,

      Defendants.

## ORDER

This cause came on for consideration without oral argument on the following motions filed herein:

> **MOTION:** PLAINTIFF JEANNETTE MARTELLO'S REQUEST FOR SUBSTITUTION OF ATTORNEY (Doc. No. 82)
>
> **FILED:** February 3, 2014
>
> **THEREON** it is **ORDERED** that the motion is **STRICKEN**.

| | |
|---|---|
| **MOTION:** | **PLAINTIFF JEANNETTE MARTELLO'S REQUEST FOR EXTENSION OF TIME TO ANSWER DEFENDANTS' RENEWED MOTION FOR SANCTIONS AGAINST PLAINTIFF AND ALTERNATIVE MOTION TO COMPEL (Doc. No. 83)** |
| **FILED:** | **February 3, 2014** |

**THEREON** it is **ORDERED** that the motion is **STRICKEN**.

The discovery deadline in this case expired on January 31, 2014. Doc. No. 51. Despite holding three hearings and issuing numerous discovery related orders in this case since December 18, 2013, the Court has been unable to effectively assist the parties in successfully preparing this matter for trial. *See* Doc. Nos. 55-56, 59-66, 73. 78. Currently pending before the Court are: Plaintiffs' motion to compel (Doc. No. 67), filed on January 20, 2014; and Defendants' two motions to compel and for sanctions (Doc. Nos. 69, 81), filed on January 20 and 24, 2014, respectively.[1] As the Court has previously indicated (*see* Doc. No. 73 at 1-2), this case is in disarray.

Three days after discovery closed, and without having filed a timely response to the Defendants' renewed motion to compel and for sanctions (*see* n. 1), Plaintiff Jeannette Martello, who is represented by counsel, filed two motions in proper person. *See* Doc. Nos. 82-83. On February 3, 2014, Dr. Martello filed a motion requesting substitution of counsel (the "Motion"). Doc. No. 82. In the Motion, Dr. Martello requests that the Court allow withdrawal of her counsel, Justin Sobodash, Esq., who represents both Dr. Martello and her co-plaintiff JYM, LLC, and who

---

[1] The Court notes that on January 10, 2014, it ordered Defendants to file their renewed motion to compel and for sanctions on January 24, 2014, and directed Plaintiff Jeannette Martello to file her response thereto on or before January 31, 2014. Doc. No. 66. Defendants complied with the Court's order and filed their renewed motion to compel and for sanctions on January 24, 2014. Doc. No. 81. To date, Plaintiff Martello has not filed a response.

has appeared pro hac vice (*see* Doc. No. 34). Doc. No. 82. The Motion further requests that the Court permit Dr. Martello to proceed pro se in this matter and allow local counsel, Rick Sierra, Esq., to continue to represent JYM, LLC. *Id*. at 2.

The Motion must be stricken for four principle reasons. First, Local Rule 2.03(d) provides that: "[a]ny party for whom a general appearance of counsel has been made shall not thereafter take any step or be heard in the case in proper person, absent prior leave of Court. . . ." *Id*. This means that because Dr. Martello is currently represented by counsel, she may not appear and file any motion or request any relief in proper person without first seeking leave of Court. Second, the Motion requests that Mr. Sobodash be withdrawn on behalf of both Dr. Martello and the corporate entity, JYM, LLC. Doc. No. 82. Local Rule 2.02(e) provides that a corporation "may appear and be heard only through counsel admitted to practice in the Court. . . ." *Id*. Thus, even if Dr. Martello were permitted to appear pro se or in proper person, she may not request any relief on behalf of JYM, LLC. Third, in their response to the Motion, Defendants inform the Court that Mr. Sierra, Plaintiffs' local counsel, has notified Defendants by email that he intends to withdraw from representing Plaintiffs. Doc. No. 84 at 2.[2] Thus, while Mr. Sierra has not yet filed a motion to withdraw, it appears that there is a conflict between the relief requested by Dr. Martello and Mr. Sierra's statements to defense counsel. Fourth, this Court requires that any pro se party provide the Court with a current residential mailing address where they may be served with process, motions, orders, and other papers. However, in the Motion, Dr. Martello provides only a Post Office Box address, which is insufficient. Based on the forgoing, the Motion (Doc. No. 82) is **STRICKEN**.[3]

---

[2] To date, neither Mr. Sobodash nor Mr. Sierra have filed a motion seeking leave to withdraw.
[3] In addition, the Motion fails to comply with Local Rule 3.01(g).

On February 3, 2014, Dr. Martello also filed a Request For Extension of Time to Answer Defendants' Renewed Motion For Sanctions Against Plaintiff and Alternative Motion To Compel (the "Motion for Extension of Time"). Doc. No. 83. In it, Dr. Martello requests an indeterminate extension of time to respond to the Defendants' renewed motion to compel and for sanctions (Doc. No. 81). Doc. No. 83. The response was due on January 31, 2014. *See* Doc. No. 66. In the Motion for Extension of Time, Dr. Martello does not provide any explanation as to why she did not file a timely response. Doc. No. 83. Nevertheless, the Motion for Extension of Time (Doc. No. 83) must be **STRICKEN** because it is filed in proper person while Dr. Martello is represented by counsel. *Se*e supra pp. 1-3.[4]

Based on the forgoing, it is **ORDERED** that:

1. The Clerk is directed to **STRIKE** the Motion (Doc. No. 82) and the Motion for Extension of Time (Doc. No. 83);

2. The Clerk is further directed to send a copy of this order to Dr. Martello by regular mail at P.O. Box 914, South Pasadena, CA 91031; and

3. Plaintiffs' counsel shall immediately provide a copy of this order to Plaintiff.

**The Court will enter a subsequent order setting a hearing, at which all parties and their counsel will be required to appear in-person, to resolve all outstanding discovery issues, including the pending motions to compel and for sanctions (Doc. Nos. 67, 69, 81), as well as all matters pertaining to Plaintiffs' representation**.

---

[4] The motion also fails to comply with Local Rule 3.01(g).


**DONE** and **ORDERED** in Orlando, Florida on February 13, 2014.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
**Dr. Martello at address provided above**