UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JEANNETTE MARTELLO and JYM, LLC,

    Plaintiffs,

v.

PRODUCT QUEST MANUFACTURING, LLC, JOHN T. REGAN and PRODUCT QUEST MANUFACTURING, INC.,

    Defendants.

Case No: 6:12-cv-1304-Orl-22GJK

## PLAINTIFFS' UNOPPOSED MOTION FOR SUBSTITUTION OF COUNSEL

COME NOW the Plaintiffs, JEANNETTE MARTELLO and JYM, LLC, and move this Court to allow the substitution of AUGUSTUS SOL INVICTUS in place of Richard Douglas Sierra as attorney for the above-named Plaintiffs in this case. In support of the motion, the Plaintiffs would show the Court the following:

1.

On 24 August 2012, Plaintiffs filed their Complaint against Defendants.

2.

Richard Douglas Sierra previously represented the Plaintiff in this cause. The Plaintiffs now desire Augustus Sol Invictus to represent them as retained counsel and to appear as counsel of record on Plaintiffs' behalf. Attorney Richard Douglas Sierra is UNOPPOSED to this motion.

3.

Plaintiffs are aware of the Court's scheduling order. The Plaintiffs and undersigned counsel state that this substitution of counsel will not unreasonably delay or impede any aspect of this cause.

4.

Augustus Sol Invictus is licensed to practice law in the States of New York, Florida, Illinois, and Massachusetts and is admitted to practice and remains in good standing in the United States District Court for the Middle District of Florida.

Wherefore, premises considered, the Plaintiffs pray that this Court permit the substitution of counsel as requested above in this cause.

Dated 14 February 2014.

                                    Respectfully Submitted,

**Augustus Sol Invictus, Esquire**
FL Bar No.: 98586
Imperium, P.A.
390 N. Orange Ave. 2300
Orlando, Florida 32801
Phone: 407.558.8899
Email: ainvictuslaw@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of February 2014, I electronically filed the foregoing with the Clerk of the Court by using the ECF system, which will effect service upon:

RICHARD DOUGLAS SIERRA, ESQ.
Florida Bar No.: 937029
KOSTO & ROTELLA, P.A.
619 E. Washington St.
P.O. Box 113
Orlando, FL 32802-0113
*Present Attorney of Record for Plaintiffs*

RICHARD E. MITCHELL, ESQ.
Florida Bar No.: 0168092
rick.mitchell@gray-robinson.com
JUSTIN T. MARSHALL, ESQ.
Florida Bar No.: 0086119
justin.marshall@gray-robinson.com
GRAYROBINSON, P.A.
301 E. Pine Street, Suite 1400
Post Office Box 3068
Orlando, Florida 32802-3068
(407) 843-8880 Telephone
(407) 244-5690 Facsimile
*Counsel for Defendants*

                                    Augustus Sol Invictus, Esq.