UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JEANNETTE MARTELLO,** individually; and **JYM, LLC,** a Nevada limited liability company,

**Plaintiffs,**

v.  Case No.:6:12-CV-1304-ORL-22GJK

**PRODUCT QUEST MANUFACTURING, LLC,** a Florida limited liability company; **JOHN T. REGAN,** individually; and **PRODUCT QUEST MANUFACTURING, INC.**

**Defendants**

## NOTICE OF FEBRUARY 2, 2014 TERMINATION OF JUSTIN SOBODASH AS COUNSEL FOR DEFENDANTS

In response to the February 14, 2014 "Amended Unopposed Motion for Substitution of Counsel" [Doc. 92] filed by new counsel for plaintiffs, the undersigned former counsel for plaintiffs Justin Sobodash believes it may be necessary to advise the Court that effective *February 2, 2014*, Mr. Sobodash and his firm were no longer counsel for plaintiffs Jeannette Martello or JYM, LLC. Plaintiffs **terminated** The Law Office of Justin Sobodash and Justin Sobodash on the evening of February 2 by emails sent to Mr. Sobodash and to defendants' counsel. Accordingly, it may not be an accurate procedural characterization of this case to state that Plaintiffs are requesting to substitute Mr. Invictus for Mr. Sobodash. Rather, neither Mr. Sobodash nor his firm have been counsel of record for plaintiffs since February 2, 2014.

Respectfully submitted this 16th day of February, 2014.

**/s/ JUSTIN SOBODASH**
Justin Sobodash, Esq.
California Bar No.: 217450
Justin@Sobodashlaw.com
8335 W. Sunset Blvd., Suite 302
West Hollywood, CA 90069
Tel. 323.337.9010
Fax 323.656.7155

*Former Counsel for Plaintiffs*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of February, 2014, I electronically filed the foregoing with the Clerk of the Court by using the ECF system.

**/s/ JUSTIN SOBODASH**
