UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JEANNETTE MARTELLO,**
individually; and **JYM, LLC,** a Nevada
limited liability company,

**Plaintiffs,**

v.  Case No.:6:12-CV-1304-ORL-22GJK

**PRODUCT QUEST
MANUFACTURING, LLC,** a Florida
limited liability company; **JOHN T.
REGAN,** individually; and **PRODUCT
QUEST MANUFACTURING, INC.**

**Defendants**

## NOTICE OF MOTION OF JUSTIN SOBODASH TO WITHDRAW AS COUNSEL FOR DEFENDANTS

Plaintiff's counsel Jusitn Sobodash hereby moves to withdraw as counsel for plaintiffs in the above-captioned action on the grounds that professional considerations require withdrawal from representation.

The required notice has been provided to plaintiffs and opposing counsel pursuant to Local Rule 2.03(b).

**Notice Given to Plaintiffs on February 2, 2014**:  On February 2, 2014, the undersigned advised Plaintiffs that he would move the Court to withdraw on the grounds that professional considerations required withdrawal from representation.  Shortly thereafter, plaintiffs terminated representation.  The undersigned believed that he was no longer allowed to represent plaintiffs in the instant action.

1

**Notice Given to All Counsel on February 13, 2014:** On February 13, 2014, the undersigned advised opposing counsel and Mr. Sierra that he would seek to withdraw on the grounds that professional considerations required withdrawal from representation.

**Motion Unopposed**. On February 13, 2014, counsel for defendants promptly responded that they would not oppose such a motion.

Respectfully submitted this 28th day of February, 2014.

/s/ JUSTIN SOBODASH
Justin Sobodash, Esq.
California Bar No.: 217450
Justin@Sobodashlaw.com
8335 W. Sunset Blvd., Suite 302
West Hollywood, CA 90069
Tel. 323.337.9010
Fax 323.656.7155

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 28th day of February, 2014, I electronically filed the foregoing with the Clerk of the Court by using the ECF system.

/s/ JUSTIN SOBODASH