UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JEANNETTE MARTELLO, individually;
and JYM, LLC, a Nevada limited liability
company,

    Plaintiffs,

v.                                      Case No.: 6:12-cv-01304-ACC-GJK

PRODUCT QUEST MANUFACTURING,
LLC, a Florida limited liability company;
JOHN T. REGAN, individually; and
PRODUCT QUEST MANUFACTURING, INC.,

    Defendants.
_____/

## KOSTO & ROTELLA, P.A.'S, MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS

Plaintiffs' counsel, Kosto & Rotella, P.A., hereby movies to withdraw as counsel for Plaintiffs in the above-captioned action on the grounds that professional considerations require withdrawal from representation.

The required notice has been provided to Plaintiffs and opposing counsel pursuant to Local Rule 2.03(b).

**Notice Given to Plaintiffs on February 3, 2014:** On February 3, 2014, the undersigned advised Plaintiffs he would move the Court to withdraw on the grounds that professional considerations required withdrawal from representation. Thereafter, Plaintiffs advised Kosto & Rotella they would retain new counsel to represent them and requested the undersigned allow new counsel to substitute in as counsel for Plaintiffs, rather than withdraw. Thereafter, Attorney Augustus Invictus filed a Motion to Substitute in as counsel to replace the undersigned. (Doc. 90). Since then, the undersigned has learned Attorney Invictus has notified Plaintiffs he, too,

seeks to withdraw as counsel for Plaintiff.

**Notice Given to Defendants Counsel on February 3, 2014:** On February 3, 2014, the undersigned advised opposing counsel he would seek to withdraw from representation of Plaintiffs.

**Motion Unopposed:** On February 3, 2014, counsel for Defendants promptly advised they would not oppose the undersigned's motion.

**February 13 Order Scheduling In-Person Hearing:** On February 13, 2014, this Court entered an Order scheduling an in-person hearing for March 11, 2014, resolve discovery issues and issues surrounding Plaintiffs' representation. Kosto & Rotella, P.A.'s, Motion is filed now so it can be addressed by the Court at the hearing, and not in anticipation of being relieved of its duty to attend, as Richard Sierra will attend the March 11, 2014 hearing.

WHEREFORE, Kosto & Rotella, P.A., respectfully request this Court enter an Order granting its Motion allowing Kosto & Rotella, P.A., to withdraw from further representation of Plaintiffs in this matter.

Respectfully submitted this 7th day of March, 2014.

       ___/s/ Richard D. Sierra_____
       Richard D. Sierra, Esq.
       Florida Bar No. 0937029
       Kosto & Rotella, P.A.
       619 E. Washington St.
       P.O. Box 113
       Orlando, FL 32802
       Phone: (407) 425-3456
       Fax: (407) 423-9002
       Email: rsierra@kostoandrotella.com
       *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of March, 2014, I electronically filed the foregoing with the Clerk of the Court by using the ECF system.

>    */s/ Richard D. Sierra*
> Richard D. Sierra, Esq.
> Florida Bar No. 0937029