UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JEANNETTE MARTELLO and JYM, LLC,

                Plaintiffs,

v.

PRODUCT QUEST MANUFACTURING, LLC, JOHN T. REGAN and PRODUCT QUEST MANUFACTURING, INC.,

                Defendants.

Case No: 6:12-cv-1304-Orl-22GJK

## AUGUSTUS SOL INVICTUS' UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS

Plaintiffs' counsel, Augustus Sol Invictus, hereby moves to withdraw as counsel for Plaintiffs in the above-captioned action on the grounds that professional considerations require withdrawal from representation.

The required notice has been provided to Plaintiffs and opposing counsel pursuant to Local Rule 2.03(b).

**Notice Given to Plaintiffs on 28 February 2014:** On 28 February 2014, the undersigned advised Plaintiffs that he would move the Court to withdraw on the grounds that professional considerations required withdrawal from representation.

**Notice Given to Plaintiffs' Counsel on 01 March 2014:** On 01 March 2014, the undersigned advised Plaintiffs' Counsel that he would move the Court to withdraw on the grounds that professional considerations required withdrawal from representation.

**Notice Given to Defendants Counsel on 01 March 2014:** On 01 March 2014, the undersigned advised opposing counsel that he would seek to withdraw from representation of Plaintiffs.

**Motion Unopposed:** Both Counsel for Plaintiffs and Counsel for Defendants have advised that they would not oppose the undersigned's motion.

**Order Scheduling In-Person Hearing:** On 13 February 2014, this Court entered an Order scheduling an in-person hearing for 11 March 2014, in order to resolve discovery issues and issues surrounding Plaintiffs' representation. Augustus Sol Invictus' Motion is filed now so it can be addressed by the Court at the hearing, and not in anticipation of being relieved of its duty to attend, as Augustus Sol Invictus will attend the 11 March 2014 hearing.

WHEREFORE Augustus Sol Invictus respectfully requests that this Court enter an Order granting his Motion allowing him to withdraw from further representation of Plaintiffs in this matter.

Dated 10 March 2014.

Respectfully Submitted,

**Augustus Sol Invictus, Esquire**
FL Bar No.: 98586
Imperium, P.A.
390 N. Orange Ave. 2300
Orlando, Florida 32801
Phone: 407.558.8899
Email: ainvictuslaw@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of February 2014, I electronically filed the foregoing with the Clerk of the Court by using the ECF system, which will effect service upon:

JUSTIN SOBODASH, ESQ.
California Bar No.: 217450
justin@sobodashlaw.com
THE LAW OFFICE OF JUSTIN SOBODASH
3110 Main St.
Suite 205
Santa Monica, CA 90405-5353
*Counsel for Plaintiffs*

RICHARD DOUGLAS SIERRA, ESQ.
Florida Bar No.: 937029
rick.sierra@kostoandrotella.com
KOSTO & ROTELLA, P.A.
619 E. Washington St.
P.O. Box 113
Orlando, FL 32802-0113
*Counsel for Plaintiffs*

RICHARD E. MITCHELL, ESQ.
Florida Bar No.: 0168092
rick.mitchell@gray-robinson.com
JUSTIN T. MARSHALL, ESQ.
Florida Bar No.: 0086119
justin.marshall@gray-robinson.com
GRAYROBINSON, P.A.
301 E. Pine Street, Suite 1400
Post Office Box 3068
Orlando, Florida 32802-3068
(407) 843-8880 Telephone
(407) 244-5690 Facsimile
*Counsel for Defendants*

_____
Augustus Sol Invictus, Esq.