RECEIVED
2014 APR -2 PM 4: 10
U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

United States District Court

Middle District of Florida

Orlando Division

Jeannette Martello

Plaintiff

6:12-CV-1304-ORL-22-GJK

v

Product Quest Manufacturing, LLC; et al.,

Defendant(s)

## NOTICE OF FILING

### Martello vs. Product Quest et al, Case number 6:12-cv-1304-Orl-22GJK

Plaintiff hereby gives notice that a CD with Exhibits for the Opposition to the Motion to Exclude Evidence and Testimony is being filed by Attorney Legal Services and the process server was instructed to serve Robert Norway or Rick Mitchell of the law firm of Gray Robinson with this document at the address of Gray Robinson, 301 E. Pine Street, Suite 1400, P.O. Box 3068, Orlando, Florida 32801.

*Jeannette Martello*

Jeannette Martello, Plaintiff, In Pro Se

P.O. Box 914

South Pasadena, CA 91031

drmartello@gmail.com

(626) 993-8501