United States District Court

Middle District of Florida

Orlando Division

Jeannette Martello

Plaintiff, *In Pro Se*

6:12-CV-1304-ORL-22-GJK

v.

Product Quest Manufacturing, LLC; et al.,

Defendant(s)

## NOTICE OF SERVICE

The following documents were hand delivered to Defendants through their attorneys at the Orlando offices of Gray Robinson, Robert M. Norway and Rick Mitchell, as opposed to being mailed first class from California so that they could obtain the documents in a more timely fashion:

1. Doc. 149: Affidavit of Charles P. Adams in Support of Plaintiff's Response in Opposition to Defendants' Motion for Summary Final Judgment filed by Jeannette Martello.
2. Doc. 148: Declaration of Jeannette Martello in Support of Plaintiff's Response in Opposition to Defendants' Motion for Summary Final Judgment filed by Jeannette Martello.
3. Doc. 147: Notice of Defendants' Bad Faith Dilatory Tactics filed by Jeannette Martello.

4. Doc. 150: Plaintiff's Motion Requesting Leave to Supplement Exhibits for Plaintiff's Response in Opposition to Defendants' Motion for Summary Final Judgment (Doc. 113) filed by Jeannette Martello.
5. Doc. 151: Plaintiff's Motion Requesting Leave to Supplement an Exhibit in Support of Plaintiff's Objection to the Order Granting Mr. Invictus' Motion to Withdraw as Plaintiff's Counsel (Doc. 114) filed by Jeannette Martello.
6. Doc. 152: Plaintiff's Motion Requesting Leave to Supplement an Exhibit in Support of Plaintiff's Objection to Order that Plaintiff JYM, LLC be Dismissed as a Party and Terminated from This Case (Doc. 115) filed by Jeannette Martello.
7. Doc. 153: Plaintiff's Motion Requesting Leave to Supplement Exhibits in Support of Plaintiff's Memorandum in Opposition to Defendants' Motion to Exclude Evidence and Testimony (Doc. 118).
8. Doc. 154: Plaintiff's Motion Requesting Leave to Supplement an Exhibit in Support of the Declaration of Jeannette Martello (Doc. 120) filed by Jeannette Martello.

Respectfully submitted,

_____
Jeannette Martello, Plaintiff, *In Pro Se*

# CERTIFICATE OF SERVICE

## Martello vs. Product Quest et al, Case number 6:12-cv-1304-Orl-22GJK

I hereby certify that Mr. Robert Norway and Mr. Rick Mitchell of the law firm of Gray Robinson will be hand delivered a copy of the **Notice of Service** at their offices located at Gray Robinson, 301 E. Pine Street, Suite 1400, P.O. Box 3068, Orlando, Florida 32801.

*Jeannette Martello*

Jeannette Martello, Plaintiff, In Pro Se

P.O. Box 914

South Pasadena, CA 91031

drmartello@gmail.com

(626) 993-8501