# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JEANNETTE MARTELLO,

        **Plaintiff,**

v.                                      Case No:   6:12-cv-1304-Orl-22GJK

PRODUCT QUEST
MANUFACTURING, LLC, JOHN T.
REGAN and PRODUCT QUEST
MANUFACTURING, INC.,

        **Defendants.**

_____

## ORDER

      This cause comes before the Court on Plaintiff Jeannette Martello's ("Plaintiff") Motion for an Emergency Stay of Order (Doc. No. 168). The Motion is **DENIED**. Plaintiff failed to articulate any cause, let alone good cause, for staying the May 29, 2014 Order (Doc. No. 167) requiring Plaintiff to produce her tax returns. In the unlikely event[1] that Plaintiff's Notice of Interlocutory Appeal (Doc. No. 170) divested the Court of jurisdiction over the instant Motion, the Court lacks the power to stay its previous Order. Under either circumstance, Plaintiff remains obligated to produce her tax returns by 5 p.m. EDT on June 4, 2014. Failure to do so will result in sanctions up to and including dismissal of this case.

---

[1] *See Carpenter v. Mohawk Indus., Inc.*, 541 F.3d 1048, 1052 (11th Cir. 2008) (per curiam) (holding that discovery orders, including orders requiring a litigant to turn over privileged information, are not typically appealable before entry of a final judgment), *aff'd sub nom. Mohawk Indus., Inc. v. Carpenter*, 558 U.S. 100, 130 S. Ct. 599 (2009).

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on May 30, 2014.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties
drmartello@gmail.com