**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
George C. Young Courthouse and Federal Building
401 West Central Boulevard
Orlando, FL 32801
www.flmd.uscourts.gov

Sheryl L. Loesch                                        Sara Boswell
Clerk                                        Orlando Division Manager

**DATE:**      May 30, 2014

**TO:**      Clerk, U.S. Court of Appeals for the Eleventh Circuit

## JEANNETTE MARTELLO,

### Plaintiff,

v.                                        **Case No:  6:12-cv-1304-Orl-22GJK**

## PRODUCT QUEST MANUFACTURING, LLC,
## JOHN T. REGAN and PRODUCT QUEST
## MANUFACTURING, INC.,

### Defendants.

**U.S.C.A. Case No.:**      **(not assigned yet)**

- Honorable Anne C. Conway, Chief United States District Judge appealed from.

- Appeal filing fee was not paid. Upon filing a notice of appeal, the appellant must pay the district clerk all required fees. The district clerk receives the appellate docket fee on behalf of the court of appeals.  If you are filing informa pauperis, a request for leave to appeal in forma pauperis needs to be filed with the district court.

- Copy of Notice of Appeal, docket entries, judgment and/or order appealed from.

SHERYL L. LOESCH, CLERK

By:     s/L. Klele, Deputy Clerk

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JEANNETTE MARTELLO,
individually, *In Pro Se*

      Plaintiff,

v.

PRODUCT QUEST
MANUFACTURING, LLC, a Florida
limited liability company; JOHN T.
REGAN, individually; and
PRODUCT QUEST
MANUFACTURING, INC.,

      Defendants.

Case No. 6:12-cv-1304-Orl-22GJK

---

## PLAINTIFF'S NOTICE OF APPEAL

Plaintiff *In Pro Se* hereby submits a Notice of Appeal of The Honorable

Judge Anne C. Conway's Orders that appear as Doc. 166 and Doc. 167. These

Orders are attached here as an Exhibit.

With respect to the Orders dated May 29, 2014 that appear with Doc. 166,

Plaintiff is hereby appealing the following Orders: 1) Plaintiff Jeannette

Martello's Objection to the Magistrate Judge's Order permitting her attorney to

withdraw (Doc. No. 114) filed March 28, 2014 which The Judge Anne C. Conway

has overruled. Plaintiff is appealing The Honorable Judge Anne C. Conway's affirmation of The Magistrate Judge's March 12, 2014 Order (Doc. No. 104); 2) Plaintiff's Motion for Reconsideration of The Honorable Judge Anne C. Conway's Order dismissing JYM, LLC as a party to this action (Doc. No. 115) which was filed on March 28, 2014; 3) Plaintiff's Motions to Supplement (Doc. Nos. 151 and 152) filed May 5, 2014 which were denied.

With respect to Doc. 167, Plaintiff is appealing the following Orders of The Honorable Judge Anne C. Conway: 1) Plaintiff Jeannette Martello's Objection to the Magistrate Judge's March 18, 2014 Order (Doc. No. 130) filed April 4, 2014 which The Honorable Judge Anne C. Conway overruled and the affirmation of The Magistrate Judge's Order (Doc. No. 109); 2) the withdrawal of Plaintiffs Motion for a Protective Order (Doc. No. 133) to the Magistrate Judge and 3) the denial of Plaintiff's Motion for a Protective Order (Doc. No. 133) filed April 11, 2014.

Plaintiff is hereby filing a Motion for an Emergency Stay of The Honorable Judge Anne C. Conway's Order directing Plaintiff to produce federal and state tax returns for the years 2007 to 2012 by 5 p.m. on June 4, 2014 (Doc. 167).

Respectfully submitted,

_Jeannette Martello_

Jeannette Martello, Plaintiff, *In Pro Se*

## CERTIFICATE OF SERVICE

### Martello vs. Product Quest et al, Case number 6:12-cv-1304-Orl-22GJK

I hereby certify that the **Plaintiff's Notice of Appeal** will be hand delivered to Mr. Robert Norway and Mr. Rick Mitchell of the law firm of Gray Robinson at their offices located at Gray Robinson, 301 E. Pine Street, Suite 1400, Orlando, Florida 32801.

*Jeannette Martello*

Jeannette Martello, Plaintiff, In Pro Se
P.O. Box 914
South Pasadena, CA  91031
drmartello@gmail.com
(626) 993-8501

# EXHIBIT

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JEANNETTE MARTELLO,

**Plaintiff,**

v.                                                    Case No:   6:12-cv-1304-Orl-22GJK

PRODUCT QUEST
MANUFACTURING, LLC, JOHN T.
REGAN and PRODUCT QUEST
MANUFACTURING, INC.,

**Defendants.**

---

## ORDER

This cause comes before the Court on two Motions filed by Plaintiff Jeannette Martello

("Plaintiff"): (1) Plaintiff's Objection (Doc. No. 114) to the Magistrate Judge's Order permitting

her attorney to withdraw (Doc. No. 104), and (2) Plaintiff's Motion for Reconsideration (Doc. No.

115) of this Court's Order dismissing JYM, LLC as a party (Doc. No. 105). Defendants Product

Quest Manufacturing and John T. Regan ("Defendants") filed a single Memorandum in Opposition

to both Motions (Doc. No. 134). For the reasons stated herein, both of Plaintiff's Motions will be

denied.[1]

## I. BACKGROUND

Plaintiff has been represented by four different attorneys at various points in this litigation.

Although the circumstances surrounding the departure of each one are not entirely clear, on March

---

[1] The Court will also deny Plaintiff's Motions to Supplement to add an exhibit in support
of the instant Objection and Motion for Reconsideration (Doc. Nos. 151 and 152). The exhibit is
nothing more than a copy of the transcript of the March 11, 2014 hearing before the Magistrate
Judge. This transcript has already been filed in the record at Doc. No. 110; thus, there is no good
cause to "supplement" the record with a duplicate copy.

12, 2014, the Magistrate Judge entered an Order allowing Plaintiff's most recent attorney, Augustas Sol Invictus, to withdraw. The Magistrate Judge held a hearing in which he questioned Mr. Invictus as to the basis for his Motion to Withdraw. Mr. Invictus stated that there were "professional considerations" that created a "conflict" between Plaintiff and himself. (Mar. 11, 2014 Hr'g Tr. (Doc. No. 110) 132:13-21.) The Magistrate Judge informed Plaintiff that she would have to proceed *pro se*, and would not stay the case to allow Plaintiff to seek out new counsel. Since that Order, no new attorney has filed a notice of appearance on behalf of Plaintiff. Against this backdrop, and in view of the rapidly approaching trial date, the undersigned entered an Order dismissing and terminating JYM, LLC as a plaintiff. (Doc. No. 105.) Local Rule 2.03(e), which provides that a corporation may appear and be heard only through counsel admitted to practice before the Middle District of Florida, mandated such dismissal. In the instant Objection and Motion, Plaintiff protests dismissal of her counsel and the resulting dismissal and termination of JYM, LLC as a party.

## II. LEGAL STANDARDS & ANALYSIS

### A. Objection to Order Permitting Withdrawal

Rule 72 permits a magistrate judge to issue orders deciding nondispositive pretrial matters. Fed. R. Civ. P. 72(a). District judges, upon a timely objection to such an order, must "modify or set aside any part of the order that is clearly erroneous or is contrary to law." *Id.*; *see also* 28 U.S.C. § 636(b)(1)(A) (providing that a district judge may reconsider any non-dispositive pretrial matter determined by a magistrate judge "where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law"). "Clear error is a highly deferential standard of review" that is only found when "the reviewing court on the entire evidence is left with the definite and firm conviction that a mistake has been committed." *Holton v. City of Thomasville Sch. Dist.*, 425 F.3d

-2-

1325, 1350 (11th Cir. 2005) (citations and quotation marks omitted). A magistrate judge's order is contrary to law only "when it fails to apply or misapplies relevant statutes, case law, or rules of procedure." *Malibu Media, LLC v. Doe*, 923 F. Supp. 2d 1339, 1347 (M.D. Fla. 2013) (citations and quotation marks omitted). District courts also have "broad discretion in reviewing a magistrate judge's" orders and may decline to consider an "argument that was not presented to the magistrate judge." *Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009). Permissive attorney withdrawal is a matter of discretion for the court. *Obermaier v. Driscoll*, No. 2:00-cv-214-FtM-29D, 2000 WL 33175446, at *1 (M.D. Fla. Dec. 13, 2000) (citation omitted).

Mr. Invictus did not appear in this case until February 14, 2014. (*See* Doc. No. 90.) By March 10, 2014, he had already filed a Motion to withdraw. (Doc. No. 102.) According to Plaintiff, Mr. Invictus informed her of his intent to withdraw on February 28, 2014. (Doc. No. 114 at p. 2.) Thus, Mr. Invictus willingly represented Plaintiff for exactly two weeks. There is also evidence that Plaintiff sought to represent herself *pro se* before retaining Mr. Invictus, and desired an attorney only as a fig leaf to cover JYM, LLC and allow it to remain a party. (*See* Doc. No. 82 ("Jeannette Martello requests that the Court remove Mr. Justin Sobodash as counsel for both plaintiff Jeannette Martello, the individual, and plaintiff JYM, LLC. Plaintiff, Jeannette Martello would like to represent herself in pro se and maintain local counsel, Mr. Rick Sierra as the attorney for plaintiff JYM, LLC."), *stricken by* Doc. No. 86.) Based on this evidence, and the scant likelihood that prejudice to Plaintiff could have accumulated in the 26 days that Mr. Invictus represented her, the decision of the Magistrate Judge to permit Mr. Invictus to withdraw was neither clear error nor an abuse of discretion.

**B. Motion for Reconsideration**

-3-

The Court recognizes three grounds warranting reconsideration of an order: "(1) an intervening change in controlling law; (2) the availability of new evidence; and (3) the need to correct clear error or manifest injustice." *McGuire v. Ryland Grp., Inc.,* 497 F. Supp. 2d 1356, 1358 (M.D. Fla. 2007) (citation omitted). The moving party must meet a very high standard, presenting "facts or law of a strongly convincing nature to induce the court to reverse its prior decision." *Id.* (citation and quotation marks omitted). "This ordinarily requires a showing of clear and obvious error where the interests of justice demand correction." *Id.* Finally, "[a] party who fails to present its strongest case in the first instance generally has no right to raise new theories or arguments in a motion for reconsideration." *Id.* (citation and quotation marks omitted).

Plaintiff has failed to identify any change in controlling law, new evidence, or clear error or manifest injustice that would justify reconsideration. Local Rule 2.03(e) effectively demands that an unrepresented corporate party be dismissed. Plaintiff gave no assurances that she would be able to obtain representation for the corporate party following the dismissal of Mr. Invictus, and her failure to do so in the eleven weeks since the March 11 hearing demonstrates the propriety of the Court's Order of dismissal.

### III. CONCLUSION

Based on the foregoing, it is ordered as follows:

1.      Plaintiff Jeannette Martello's Objection to the Magistrate Judge's Order permitting her attorney to withdraw (Doc. No. 114), filed March 28, 2014, is **OVERRULED**. The Magistrate Judge's March 12 Order (Doc. No. 104) is **AFFIRMED**.

2.      Plaintiff's Motion for Reconsideration of the undersigned's Order dismissing JYM, LLC as a party to this action (Doc. No. 115), filed March 28, 2014, is **DENIED**.

- 4 -

3.      Plaintiff's Motions to Supplement (Doc. Nos. 151 and 152), filed May 5, 2014, are

**DENIED.**

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on May 29, 2014.

ANNE C. CONWAY
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties
drmartello@gmail.com

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

JEANNETTE MARTELLO,

        Plaintiff,

v.                                 Case No:   6:12-cv-1304-Orl-22GJK

PRODUCT QUEST
MANUFACTURING, LLC, JOHN T.
REGAN and PRODUCT QUEST
MANUFACTURING, INC.,

        Defendants.

_____

### ORDER

This cause comes before the Court on two Motions filed by Plaintiff Jeannette Martello ("Plaintiff"): (1) Plaintiff's Objection (Doc. No. 130) to the Magistrate Judge's March 18 Order (Doc. No. 109) pertaining to the Third Motion to Compel (Doc. No. 69) filed by Defendants Product Quest Manufacturing and John T. Regan ("Defendants"), and (2) Plaintiff's Motion for Protective Order (Doc. No. 133). Both Motions pertain to Plaintiff's steadfast refusal to produce her tax returns in this case. Defendants filed Memoranda in Opposition to both Motions (Doc. Nos. 139 and 145, respectively). For the following reasons, the Court will deny both Motions.

### I. BACKGROUND

On January 20, 2014, Defendants filed their Third Motion to Compel, which sought complete copies of Plaintiff's federal and state tax returns for the years 2007-2012. (Doc. No. 69.) Plaintiff filed no response to that Motion. On March 11, 2014, the Magistrate Judge held a hearing on, among other subjects, Defendant's Third Motion to Compel. During the hearing, Magistrate Judge Kelly noted the absence of any opposition by Plaintiff; determined that, in any event, "an

objection on the basis of privilege" was inappropriate because tax returns are documents filed with governmental entities, not confidential communications; and found that the tax returns were "reasonably calculated to lead to the discovery of admissible evidence." (Mar. 11, 2014 Hr'g Tr. (Doc. No. 110) 104:22-105:13.) The record contains no objections to those conclusions. Subsequent to the hearing, Magistrate Judge Kelly ordered Plaintiff to "produce to Defendants all documents responsive to Request Nos. 1-2," i.e., her tax returns, on or before Friday, March 28, 2014. (Doc. No. 109.) Plaintiff failed to comply with that deadline; instead, she filed an Objection to that Order on April 4 (Doc. No. 130) and the Motion for Protective Order on April 11 (Doc. No. 133).

## II. LEGAL STANDARDS & ANALYSIS

### A. Plaintiff's Objection to Magistrate Judge Kelly's Order

Rule 72 permits a magistrate judge to issue orders deciding nondispositive pretrial matters. Fed. R. Civ. P. 72(a). District judges, upon a timely objection to such an order, must "modify or set aside any part of the order that is clearly erroneous or is contrary to law." *Id.*; *see also* 28 U.S.C. § 636(b)(1)(A) (providing that a district judge may reconsider any non-dispositive pretrial matter determined by a magistrate judge "where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law"). "Clear error is a highly deferential standard of review" that is only found when "the reviewing court on the entire evidence is left with the definite and firm conviction that a mistake has been committed." *Holton v. City of Thomasville Sch. Dist.*, 425 F.3d 1325, 1350 (11th Cir. 2005) (citations and quotation marks omitted). A magistrate judge's order is contrary to law only "when it fails to apply or misapplies relevant statutes, case law, or rules of procedure." *Malibu Media, LLC v. Doe*, 923 F. Supp. 2d 1339, 1347 (M.D. Fla. 2013) (citations and quotation marks omitted). District courts also have "broad discretion in reviewing a magistrate

-2-

judge's" orders and may decline to consider an "argument that was not presented to the magistrate judge." *Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009).

In this case, Plaintiff failed to present any opposition to Defendants' Third Motion to Compel. Even assuming Plaintiff had raised the arguments in her Objection when the matter was before the Magistrate Judge, he did not err, clearly or otherwise, in ordering Plaintiff to produce her tax returns. Plaintiff presents no argument as to why her tax returns are confidential communications that should be privileged, and the returns are clearly relevant as to damages (i.e., whether Plaintiff previously derived income from her name and likeness) and reliance (i.e., relying on the allegedly deficient financial disclosures for the purpose of obtaining tax benefits). Plaintiff's Objection will be overruled and the Magistrate Judge's Order upheld.

**B. Plaintiff's Motion for Protective Order**

Plaintiff's Motion for Protective Order is woefully untimely, having been filed more than four months after Defendants first requested her tax returns, nearly three months after Defendants filed their Third Motion to Compel, more than three weeks after Magistrate Judge Kelly ordered her to produce the returns, and less than three months from the beginning of the trial term for this matter. Even if the Motion were timely, the Court has already determined that the tax returns are relevant and not privileged by virtue of overruling Plaintiff's Objection to the Magistrate Judge's Order on Defendants' Third Motion to Compel.

### III. CONCLUSION

Based on the foregoing, it is ordered as follows:

1.    Plaintiff Jeannette Martello's Objection to the Magistrate Judge's March 18 Order (Doc. No. 130), filed April 4, 2014, is **OVERRULED**. The Magistrate Judge's Order (Doc. No. 109) is **AFFIRMED**.

2.      The reference of Plaintiff's Motion for Protective Order (Doc. No. 133) to the Magistrate Judge is **WITHDRAWN**.

3.      Plaintiff's Motion for Protective Order (Doc. No. 133), filed April 11, 2014, is **DENIED**.

4.      On or before 5 p.m. EDT on **Wednesday, June 4, 2014**, Plaintiff **shall produce** the tax return documents identified in the Magistrate Judge's Order of March 18, 2014 (Doc. No. 109).

5.      Failure to produce those documents by 5 p.m. on June 4, 2014 will immediately result in the imposition of **SANCTIONS** against Plaintiff which may result in the dismissal of this case.

   **DONE** and **ORDERED** in Chambers, in Orlando, Florida on May 29, 2014.

ANNE C CONWAY
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties
drmartello@gmail.com

## U.S. District Court
## Middle District of Florida (Orlando)
## CIVIL DOCKET FOR CASE #: 6:12-cv-01304-ACC-GJK

| | |
|---|---|
| Martello et al v. Product Quest Manufacturing, LLC et al | Date Filed: 08/24/2012 |
| Assigned to: Chief Judge Anne C. Conway | Jury Demand: Both |
| Referred to: Magistrate Judge Gregory J. Kelly | Nature of Suit: 190 Contract: Other |
| Cause: 28:1332 Diversity-Breach of Contract | Jurisdiction: Diversity |

**Plaintiff**

**Jeannette Martello**
*individually*

represented by **Jeannette Martello**
P.O. Box 914
South Pasadena, CA 91031
PRO SE

**Augustus Sol Invictus**
Imperium, P.A.
Suite 2300
390 N. Orange Ave.
Orlando, Fl 32801
407/479-7049
Fax: 407/343-4449
Email: ainvictuslaw@gmail.com
*TERMINATED: 03/13/2014*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard Douglas Sierra**
Kosto & Rotella, PA
619 E Washington St
PO Box 113
Orlando, FL 32802-0113
407/425-3456
Fax: 407/423-9002
Email: rick.sierra@kostoandrotella.com
*TERMINATED: 03/13/2014*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeremy S. Rogers**
Dinsmore & Shohl, LLP
Suite 2500
101 S 5th St
Louisville, KY 40202
502/540-2384
Fax: 502/585-2207
Email: jeremy.rogers@dinsmore.com
*TERMINATED: 03/26/2013*
*PRO HAC VICE*

**Justin Sobodash**
The Law Office of Justin Sobodash
Suite 302
8335 West Sunset Blvd.
West Hollywood, CA 90069
323-337-9010
Fax: 323-656-7155
Email: Justin@Sobodashlaw.com
*TERMINATED: 03/13/2014*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JYM, LLC**
*a Nevada limited liability company*
*TERMINATED: 03/13/2014*

represented by **Augustus Sol Invictus**
(See above for address)
*TERMINATED: 03/13/2014*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Justin Sobodash**
(See above for address)
*TERMINATED: 03/13/2014*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard Douglas Sierra**
(See above for address)
*TERMINATED: 03/13/2014*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeremy S. Rogers**
(See above for address)
*TERMINATED: 03/26/2013*
*PRO HAC VICE*

V.

**Defendant**

**Product Quest Manufacturing, LLC**
*a Florida limited liability company*

represented by **Richard E. Mitchell**
GrayRobinson, PA
301 E Pine St - Ste 1400
PO Box 3068
Orlando, FL 32802-3068
407/843-8880 Ext 6274
Fax: 407/244-5690
Email: rmitchell@gray-robinson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert M. Norway**
GrayRobinson, PA
301 E Pine St - Ste 1400
PO Box 3068
Orlando, FL 32802-3068
407/843-8880
Fax: 407-244-5690
Email: Robert.Norway@gray-robinson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Justin Marshall**
GrayRobinson, PA
301 E Pine St - Ste 1400
PO Box 3068
Orlando, FL 32802-3068
407/843-8880
Fax: 407/244-5690
Email: justin.marshall@gray-robinson.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**John T. Regan**
*individually*

represented by **Richard E. Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert M. Norway**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Justin Marshall**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Product Quest Manufacturing, Inc.**

represented by **Richard E. Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert M. Norway**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Justin Marshall**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Justin Sobodash**

represented by **Justin Sobodash**
The Law Office of Justin Sobodash
3110 Main St., Suite 205
Santa monica, CA 90405-5353
310/566-4375
Email: justin@sobodashlaw.com
PRO SE

| Date Filed | # | Docket Text |
|---|---|---|
| 08/24/2012 | 1 | COMPLAINT against Product Quest Manufacturing, Inc., Product Quest Manufacturing, LLC, John T. Regan with Jury Demand (Filing fee $ 350 receipt number ORL-19262) filed by Jeannette Martello, JYM, LLC. (Attachments: # 1 Civil Cover Sheet)(LMM) (Entered: 08/27/2012) |
| 08/27/2012 | 2 | Summons issued as to Product Quest Manufacturing, Inc., Product Quest Manufacturing, LLC, John T. Regan. (LMM) (Entered: 08/27/2012) |
| 08/28/2012 | 3 | ORDER that the Clerk of the Court is directed to REASSIGN this case to another District Judge for all further proceedings. Signed by Senior Judge G. Kendall Sharp on 8/28/2012. (DB) (Entered: 08/28/2012) |
| 08/29/2012 | 4 | Case Reassigned to Chief Judge Anne C. Conway. New case number: 6:12-cv-1304-ORL-22GJK. Senior Judge G. Kendall Sharp no longer assigned to the case. (RDO) (Entered: 08/29/2012) |
| 08/29/2012 | 5 | RELATED CASE ORDER, NOTICE OF DESIGNATION under Local Rule 3.05 - Track 2, INTERESTED PERSONS ORDER and ORDER Requiring Electronic Filing. Notice of pendency of other actions due by 9/12/2012. Certificate of interested persons and corporate disclosure statement due by 9/12/2012. Signed by Chief Judge Anne C. Conway on 8/29/2012. (SR) (copies mailed/emailed) (Entered: 08/29/2012) |

| 09/07/2012 | 6 | RETURN of service executed on August 31, 2012 by Jeannette Martello, JYM, LLC as to John T. Regan. (Sierra, Richard) (Entered: 09/07/2012) |
|---|---|---|
| 09/07/2012 | 7 | RETURN of service executed on August 31, 2012 by Jeannette Martello, JYM, LLC as to Product Quest Manufacturing, Inc.. (Sierra, Richard) (Entered: 09/07/2012) |
| 09/07/2012 | 8 | RETURN of service executed on August 31, 2012 by Jeannette Martello, JYM, LLC as to Product Quest Manufacturing, LLC. (Sierra, Richard) (Entered: 09/07/2012) |
| 09/14/2012 | 9 | ORDER directing compliance to 5 Related Case Order and Interested Persons Order. Responses due by 9/21/2012. Signed by Chief Judge Anne C. Conway on 9/14/2012. (SR) (Entered: 09/14/2012) |
| 09/20/2012 | 10 | CERTIFICATE of interested persons and corporate disclosure statement re 5 Related case/Interested persons/ECF-2, 9 Order directing compliance by JYM, LLC, Jeannette Martello. (Sierra, Richard) (Entered: 09/20/2012) |
| 09/20/2012 | 11 | NOTICE of pendency of related cases re 5 Related case/Interested persons/ECF-2, 9 Order directing compliance per Local Rule 1.04(d) by JYM, LLC, Jeannette Martello. Related case (s): no (Sierra, Richard) (Entered: 09/20/2012) |
| 09/20/2012 | 12 | RESPONSE re 9 Order directing compliance filed by JYM, LLC, Jeannette Martello. (Sierra, Richard) (Entered: 09/20/2012) |
| 09/21/2012 | 13 | NOTICE of Appearance by Richard E. Mitchell on behalf of Product Quest Manufacturing, Inc., Product Quest Manufacturing, LLC, John T. Regan (Mitchell, Richard) (Entered: 09/21/2012) |
| 09/21/2012 | 14 | Unopposed MOTION for extension of time to file answer or otherwise plead (through and including October 11, 2012) re 1 Complaint by Product Quest Manufacturing, Inc., Product Quest Manufacturing, LLC, John T. Regan. (Mitchell, Richard) Motions referred to Magistrate Judge Gregory J. Kelly. Modified on 9/21/2012 (SR). (Entered: 09/21/2012) |
| 09/21/2012 | 15 | NOTICE of Appearance as Co-Counsel by Justin Marshall on behalf of Product Quest Manufacturing, Inc., Product Quest Manufacturing, LLC, John T. Regan (Marshall, Justin) Modified on 9/24/2012 (JET). (Entered: 09/21/2012) |
| 09/24/2012 | 16 | ORDER granting 14 Motion for extension of time to answer or respond. Product Quest Manufacturing, Inc. answer due 10/11/2012; Product Quest Manufacturing, LLC answer due 10/11/2012; John T. Regan answer due 10/11/2012. Signed by Magistrate Judge Gregory J. Kelly on 9/24/2012. (PAB) (Entered: 09/24/2012) |
| 09/25/2012 | 17 | NOTICE by JYM, LLC, Jeannette Martello re 5 Related case/Interested persons/ECF-2, 10 Certificate of interested persons and corporate disclosure statement, 11 Notice of pendency of related cases Notice of Service (Sierra, Richard) (Entered: 09/25/2012) |
| 09/25/2012 | 18 | RELATED CASE ORDER, INTERESTED PERSONS ORDER and ORDER Requiring Electronic Filing directed to defendants. Notice of pendency of other actions due by 10/9/2012. Certificate of Interested persons and corporate disclosure statement due by 10/9/2012. Signed by Chief Judge Anne C. Conway on 9/25/2012. (SR) (Entered: 09/25/2012) |
| 09/27/2012 | 19 | Unopposed MOTION for Jeremy S. Rogers to appear pro hac vice by JYM, LLC, Jeannette Martello. (Sierra, Richard) Motions referred to Magistrate Judge Gregory J. Kelly. (Entered: 09/27/2012) |
| 09/28/2012 | 20 | ORDER granting 19 motion to appear pro hac vice. Signed by Magistrate Judge Gregory J. Kelly on 9/28/2012. (PAB) (Entered: 09/28/2012) |
| 09/28/2012 | | ***PRO HAC VICE FEES paid and Special Admission Attorney Certification Form filed by attorney Jeremy S. Rogers appearing on behalf of JYM, LLC, Jeannette Martello (Filing fee $10 receipt number ORL-19997.) Related document: 19 Unopposed MOTION for Jeremy S. Rogers to appear pro hac vice (MAL) (Entered: 10/01/2012) |
| 10/09/2012 | 21 | CERTIFICATE of interested persons and corporate disclosure statement re 18 Related case/Interested persons/ECF by Product Quest Manufacturing, Inc., Product Quest Manufacturing, LLC, John T. Regan. (Mitchell, Richard) (Entered: 10/09/2012) |

| 10/09/2012 | 22 | NOTICE of pendency of related cases re 18 Related case/Interested persons/ECF per Local Rule 1.04(d) by Product Quest Manufacturing, Inc., Product Quest Manufacturing, LLC, John T. Regan. Related case(s): No (Mitchell, Richard) (Entered: 10/09/2012) |
| --- | --- | --- |
| 10/10/2012 | 23 | Unopposed MOTION for extension of time to file answer or otherwise plead re 1 Complaint *(Second)* by Product Quest Manufacturing, Inc., Product Quest Manufacturing, LLC, John T. Regan. (Mitchell, Richard) Motions referred to Magistrate Judge Gregory J. Kelly. (Entered: 10/10/2012) |
| 10/10/2012 | 24 | ORDER granting 23 Motion for extension of time to answer or respond. Product Quest Manufacturing, Inc. answer due 10/22/2012; Product Quest Manufacturing, LLC answer due 10/22/2012; John T. Regan answer due 10/22/2012. Signed by Magistrate Judge Gregory J. Kelly on 10/10/2012. (PAB) (Entered: 10/10/2012) |
| 10/22/2012 | 25 | ANSWER and affirmative defenses to 1 Complaint with Jury Demand by Product Quest Manufacturing, Inc., Product Quest Manufacturing, LLC, John T. Regan.(Mitchell, Richard) (Entered: 10/22/2012) |
| 11/05/2012 | 26 | Unopposed MOTION to Appear Telephonically *and Extend Time* by JYM, LLC, Jeannette Martello. (Rogers, Jeremy) (Entered: 11/05/2012) |
| 11/06/2012 | 27 | ORDER granting 26 Motion to Appear Telephonically. Lead counsel may attend by telephone provided local counsel attends in person. The deadline is extended to December 5, 2012. Signed by Chief Judge Anne C. Conway on 11/6/2012. (Conway, Anne) (Entered: 11/06/2012) |
| 12/11/2012 | 28 | JOINT CASE MANAGEMENT REPORT. (Mitchell, Richard) Modified on 12/12/2012 (AA). (Entered: 12/11/2012) |
| 12/13/2012 | 29 | CASE MANAGEMENT AND SCHEDULING ORDER: Amended Pleadings due by 1/14/2013, Joinder of Parties due by 1/14/2013, Discovery due by 1/3/2014, Dispositive motions due by 1/31/2014, Pretrial statement due by 4/30/2014, All other motions due by 2/28/2014, Plaintiff disclosure of expert report due by 10/16/2013, Defendant disclosure of expert report due by 11/15/2013, Jury Trial set for 7/1/2014 at 09:00 AM in Orlando Courtroom 6 A before Chief Judge Anne C. Conway. Conduct mediation hearing by 1/15/2014. Lead counsel to coordinate dates. Signed by Chief Judge Anne C. Conway on 12/13/2012. (SR) (Entered: 12/13/2012) |
| 12/13/2012 | | CASE REFERRED to mediation. (SR) (Entered: 12/13/2012) |
| 12/27/2012 | 30 | NOTICE of mediation conference/hearing to be held on June 14, 2013 before Hon. Emery H. Rosenbluth, Jr.. (Rogers, Jeremy) (Entered: 12/27/2012) |
| 03/21/2013 | 31 | Unopposed MOTION for Jeremy S. Rogers to withdraw as attorney by JYM, LLC, Jeannette Martello. (Rogers, Jeremy) Motions referred to Magistrate Judge Gregory J. Kelly. (Entered: 03/21/2013) |
| 03/26/2013 | 32 | ORDER granting 31 Motion to Withdraw as Attorney. Richard Douglas Sierra, Esq. remains counsel of record for Plaintiffs. Signed by Magistrate Judge Gregory J. Kelly on 3/26/2013. (PAB) (Entered: 03/26/2013) |
| 05/29/2013 | 33 | Unopposed MOTION for Justin Sobodash to appear pro hac vice by JYM, LLC, Jeannette Martello. (Sierra, Richard) Motions referred to Magistrate Judge Gregory J. Kelly. (Entered: 05/29/2013) |
| 05/30/2013 | 34 | ORDER granting 33 motion to appear pro hac vice. Signed by Magistrate Judge Gregory J. Kelly on 5/30/2013. (PAB) (Entered: 05/30/2013) |
| 06/03/2013 | | ***PRO HAC VICE FEES paid and Special Admission Attorney Certification Form filed by attorney Justin Sobodash, appearing on behalf of Jeannette Martello (Filing fee $10 receipt number ORL025675.) Related document: 33 Unopposed MOTION for Justin Sobodash to appear pro hac vice. (RDO) (Entered: 06/03/2013) |
| 07/09/2013 | 35 | ORDER: By July 26, 2013, the parties SHALL FILE with the Court an Amended Notice of Mediation, setting forth a new date and time for their mediation. Signed by Chief Judge Anne C. Conway on 7/9/2013. (SR) (Entered: 07/09/2013) |
| 07/29/2013 | 36 | NOTICE of mediation conference/hearing to be held on December 10, 2013 before Emery H. |

| | | Rosenbluth, Jr.. (Sobodash, Justin) (Entered: 07/29/2013) |
|---|---|---|
| 10/15/2013 | 37 | NOTICE of Appearance by Robert M. Norway on behalf of Product Quest Manufacturing, Inc., Product Quest Manufacturing, LLC (Norway, Robert) (Entered: 10/15/2013) |
| 10/28/2013 | 38 | MOTION to Strike *or Exclude Testimony and Opinions of Plaintiffs' Expert Witness* by All Defendants. (Attachments: # 1 Exhibits 1 to 10)(Norway, Robert) (Entered: 10/28/2013) |
| 11/12/2013 | 39 | MEMORANDUM in opposition re 38 Motion to Strike *Report of Expert* filed by JYM, LLC, Jeannette Martello. (Attachments: # 1 Affidavit Sobodash Dec, Exs. 1-6, # 2 Exhibit Exs 7-10, # 3 Exhibit Ex. 11)(Sobodash, Justin) (Entered: 11/12/2013) |
| 11/13/2013 | 40 | MOTION for judgment on the pleadings *as to Counts I to VI and Counts IX to XVI of the Verified Complaint* by All Defendants. (Attachments: # 1 Exhibit A)(Norway, Robert) (Entered: 11/13/2013) |
| 11/14/2013 | 41 | MOTION for leave to file reply to response to 38 Motion to exclude testimony by All Defendants. (Norway, Robert) (referred to magistrate judge) Modified on 11/15/2013 (LAK) (Entered: 11/14/2013) |
| 11/14/2013 | 42 | MOTION to extend time *Disclose Defendants' Expert Witnesses* by All Defendants. (Norway, Robert) (Entered: 11/14/2013) |
| 11/18/2013 | 43 | STATEMENT of Non-Opposition to 41 MOTION for leave to file Reply , 42 MOTION to extend time to *Disclose Defendants' Expert Witnesses Statement of Non-Opp to Relief Sought* filed by JYM, LLC, Jeannette Martello. (Attachments: # 1 Affidavit Sobodash Dec, Exs. 1-6, # 2 Exhibit 1 to Sobodash Dec)(Sobodash, Justin) Text modified on 11/19/2013 (RDO). (Entered: 11/18/2013) |
| 11/18/2013 | 44 | ORDER granting in part and denying in part 41 Motion for Leave to File to file reply. On or before November 22, 2013, Defendant shall file a reply not to exceed three (3) pages in length. Signed by Magistrate Judge Gregory J. Kelly on 11/18/2013. (PAB) (Entered: 11/18/2013) |
| 11/22/2013 | 45 | Unopposed Motion for Leave to File Sur-Reply in support of opposition to Motion to Exclude Testimony and Opinions of Plaintiff's Expert Witnesses filed by JYM, LLC, Jeannette Martello. (Sobodash, Justin) Text modified on 11/25/2013 (RDO). (Entered: 11/22/2013) |
| 11/22/2013 | 46 | REPLY to Response to Motion re 38 MOTION to Strike *or Exclude Testimony and Opinions of Plaintiffs' Expert Witness* filed by Product Quest Manufacturing, Inc., Product Quest Manufacturing, LLC, John T. Regan. (Attachments: # 1 Exhibits A to I)(Norway, Robert) (Entered: 11/22/2013) |
| 11/25/2013 | 47 | ORDER granting 45 Motion for Leave to File Sur-Reply. Signed by Chief Judge Anne C. Conway on 11/25/2013. (Conway, Anne) (Entered: 11/25/2013) |
| 11/27/2013 | 48 | MEMORANDUM in opposition re 40 Motion for judgment on the pleadings filed by JYM, LLC, Jeannette Martello. (Sobodash, Justin) (Entered: 11/27/2013) |
| 12/02/2013 | 49 | SUR-REPLY re 38 MOTION to Strike *or Exclude Testimony and Opinions of Plaintiffs' Expert Witness*, 46 Reply to Response to Motion *Sur-Reply of Plaintiffs* filed by JYM, LLC, Jeannette Martello. (Sobodash, Justin) Modified on 12/3/2013 (MAA). (Entered: 12/02/2013) |
| 12/09/2013 | 50 | First MOTION to Compel Documents *and for Sanctions* by Product Quest Manufacturing, Inc., Product Quest Manufacturing, LLC, John T. Regan. (Attachments: # 1 Exhibit Notice of Taking Videotape Deposition, # 2 Exhibit Transcript, # 3 Exhibit Emails, # 4 Exhibit Emails) (Norway, Robert) Motions referred to Magistrate Judge Gregory J. Kelly. (Entered: 12/09/2013) |
| 12/10/2013 | 51 | ORDER denying 38 Motion to Strike; granting 42 Motion to extend time. The Defendants' expert report deadline is January 3, 2014; the discovery deadline is January 31, 2014; and the dispositive motions deadline is February 14, 2014. On Wednesday, December 18, 2013 at 1:30 P.M. the court will conduct a telephonic hearing on the Defendants' first motion to compel (Doc. No. 50) and all other outstanding discovery disputes. The parties shall arrange a conference call on their own and call the Courtroom at the telephone number listed herein at least five (5) minutes prior to the hearing. Signed by Magistrate Judge Paul A. Zoss on 12/10/2013. (PAB) (Entered: 12/10/2013) |

| 12/10/2013 | | Reset scheduling order deadlines: Discovery due by 1/31/2014, Dispositive motions due by 2/14/2014, Defendant disclosure of expert report due by 1/3/2014 (MAA) (Entered: 12/11/2013) |
|---|---|---|
| 12/10/2013 | | Set deadlines as to 50 First MOTION to Compel Documents *and for Sanctions*: Telephonic Motion Hearing set for 12/18/2013 at 01:30 PM before Magistrate Judge Paul A. Zoss. (MAA) (Entered: 12/11/2013) |
| 12/16/2013 | 52 | MOTION to extend time to 1/10/14 to disclose Defendants' Expert Report by All Defendants. (Norway, Robert) Modified on 12/17/2013 (MAA). (Entered: 12/16/2013) |
| 12/16/2013 | 53 | MOTION to Amend *Affirmative Defenses* by All Defendants. (Attachments: # 1 Exhibit A, Martello Trans. Vol. I, # 2 Exhibit A, Martello Trans. Vol. II, # 3 Exhibit A, Martello Trans. Vol. III)(Norway, Robert) Modified on 12/31/2013 (LAK). (Entered: 12/16/2013) |
| 12/17/2013 | 54 | Second MOTION to Compel Production of Documents *from Plaintiffs and Request for Award of Attorneys' Fees* by Product Quest Manufacturing, Inc., Product Quest Manufacturing, LLC, John T. Regan. (Attachments: # 1 Exhibit First Request for Production, # 2 Exhibit Responses to First Request for Production, # 3 Exhibit Correspondence, # 4 Exhibit Correspondence, # 5 Exhibit Correspondence, # 6 Exhibit Correspondence)(Norway, Robert) Motions referred to Magistrate Judge Gregory J. Kelly. (Entered: 12/17/2013) |
| 12/18/2013 | 55 | Minute Entry. Proceedings held before Magistrate Judge Paul A. Zoss: Telephonic Disovery HEARING held on 12/18/2013. (digital) (KKA) (Entered: 12/18/2013) |
| 12/18/2013 | 56 | ORDER granting 52 Motion to extend time. Defendants shall have until January 10, 2014, to serve their expert report. As sert forth on the record at the hearing, it is further ORDERED that: the parties shall contact chambers on or before NOON on Thursday, December 19, 2013, if they have been unable to agree upon the scheduling of the remaining depositions and the Court will unilaterally schedule the depositions; on or before December 31, 2013, Plaintiff shall serve responses and produce all responsive discovery to Defendants' requests for production in ESI format and a proper privilege log; and a ruling on the Defendants First and Second Motions to Compel (Doc. Nos. 50, 54)is ABATED pending Plaintiff's production set foth above, Plaintiff's responses to the motions, and the parties' continuing good faith conferences to resolve the issues raised in the motions. The Court expects the parties to resolve the issues and, to the extent they cannot resolve the issues, to narrow the remaining issues so they may be better presented to the Court in an amended motion(s). Failure of Plaintiff to provide the above-referenced discovery and privilege log will result in sanctions, which may include dismissal of the case for failure to prosecute. Signed by Magistrate Judge Paul A. Zoss on 12/18/2013. (PAB) (Entered: 12/18/2013) |
| 12/26/2013 | 57 | MEDIATION report Hearing held on 12/4/13. Hearing outcome: Impasse.. (Rosenbluth, Emery) (Entered: 12/26/2013) |
| 12/30/2013 | 58 | MEMORANDUM in opposition re 53 Motion to Amend filed by Jeannette Martello. (Attachments: # 1Declaration of Justin Sobodash in Support of Opposition, # 2Exhibits A through D to Declaration, # 3Exhibit E to Declaration, # 4 Exhibit F to Declaration)(Sobodash, Justin) Modified on 12/31/2013 (LAK). (Entered: 12/30/2013) |
| 01/03/2014 | 59 | ORDER re 56 on or before Tuesday, January 7, 2014, the parties shall file a joint status report as to the status of the discovery ordered on December 18, 2013. Signed by Magistrate Judge Paul A. Zoss on 1/3/2014. (PAB) (Entered: 01/03/2014) |
| 01/06/2014 | 60 | ORDER denying 53 motion to amend/correct. No good cause shown. Signed by Chief Judge Anne C. Conway on 1/6/2014. (Conway, Anne) (Entered: 01/06/2014) |
| 01/07/2014 | 61 | RESPONSE re 59 Order *directing parties to file status report* filed by Product Quest Manufacturing, Inc., Product Quest Manufacturing, LLC, John T. Regan. (Norway, Robert) (Entered: 01/07/2014) |
| 01/07/2014 | 62 | PLAINTIFF'S BRIEF re 59 Order *of January 3* filed by JYM, LLC, Jeannette Martello. (Sobodash, Justin) (Entered: 01/07/2014) |
| 01/09/2014 | 63 | ORDER setting telephonic hearing for January 10, 2014 at 1:30 P.M. in Courtroom No. 3C regarding the Court's prior order (Doc. No. 56), and the parties' status reports regarding discovery (Doc. Nos 61-62). The parties shall coordinate a conference call and jointly call the |

| | | Courtroom at the telephone number provided herein at least five (5) mintues prior to the hearing. Otherwise, counsel may appear in person. Signed by Magistrate Judge Paul A. Zoss on 1/9/2014. (PAB) (Entered: 01/09/2014) |
|---|---|---|
| 01/09/2014 | 64 | Second MOTION to extend time to *disclose defendants' experts' opinions* by All Defendants. (Norway, Robert) (Entered: 01/09/2014) |
| 01/10/2014 | | Set/reset hearings: Miscellaneous Hearing set for 1/10/2014 at01:30 PM in Orlando Courtroom 3 C before Magistrate Judge Paul A. Zoss. (LMM) (Entered: 01/10/2014) |
| 01/10/2014 | 65 | Minute Entry. Proceedings held before Magistrate Judge Paul A. Zoss: MOTION HEARING held on 1/10/2014 re 50 First MOTION to Compel Documents *and for Sanctions* filed by Product Quest Manufacturing, LLC, Product Quest Manufacturing, Inc., John T. Regan, 54 Second MOTION to Compel Production of Documents *from Plaintiffs and Request for Award of Attorneys' Fees* filed by Product Quest Manufacturing, LLC, Product Quest Manufacturing, Inc., John T. Regan. (digital) (KKA) (Entered: 01/10/2014) |
| 01/10/2014 | 66 | ORDER denying without prejudice 50 Defendants' Motion to Compel ; denying without prejudice 54 Defendants' Motion to Compel; granting 64 Motion to extend time for Defendants to serve expert reports. On or before January 17, 2014, Plaintiff shall serve Defendants with discovery and a new privilege log as set forth herein. Failure of Plaintiff or Plaintiff's counsel to fully comply with this order will result in sanctions. After conferring by telephone, on or before January 24, 2014, Defendants shall, if necessary, file an amended motion to compel and for sanctions. On or before January 31, 2014, Plaintiff shall file a response to the amended motion and file under seal all disputed documents withheld on the basis of privilege so that the Court may conduct an in camera review. Failure of the parties and/or attorneys to comply with this order will result in sanctions. Signed by Magistrate Judge Paul A. Zoss on 1/10/2014. (PAB) (Entered: 01/10/2014) |
| 01/20/2014 | 67 | MOTION to Compel *documents in response to Requests for Production Nos. 15, 16 and 24 and for costs* by JYM, LLC, Jeannette Martello. (Attachments: # 1 Affidavit, # 2 Exhibit) (Sobodash, Justin) Motions referred to Magistrate Judge Gregory J. Kelly. Modified on 1/21/2014 (MAA). (Entered: 01/20/2014) |
| 01/20/2014 | 68 | MOTION to extend time *File Amended Motions to Compel and for Order Setting Continued Deposition of Plaintiff Jeannette Martello* by All Defendants. (Attachments: # 1 Exhibits A and B)(Norway, Robert) (Entered: 01/20/2014) |
| 01/20/2014 | 69 | Third MOTION to Compel by All Defendants. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Norway, Robert) Motions referred to Magistrate Judge Gregory J. Kelly. (Entered: 01/20/2014) |
| 01/21/2014 | 70 | RESPONSE re 68 MOTION to extend time *File Amended Motions to Compel and for Order Setting Continued Deposition of Plaintiff Jeannette Martello* filed by JYM, LLC, Jeannette Martello. (Attachments: # 1 Affidavit, # 2 Exhibit)(Sobodash, Justin) (Entered: 01/21/2014) |
| 01/21/2014 | 71 | First MOTION for Extension of Time to Complete Discovery by JYM, LLC, Jeannette Martello. (Attachments: # 1 Affidavit)(Sobodash, Justin) Motions referred to Magistrate Judge Gregory J. Kelly. (Entered: 01/21/2014) |
| 01/21/2014 | 72 | EXHIBITS TO 71 MOTION for Extension of Time to Complete Discovery *Exhibits to* by JYM, LLC, Jeannette Martello. (Sobodash, Justin) *Filed incorrectly as a motion; Terminated motion and Modified text on 1/21/2014 (MAA). (Entered: 01/21/2014) |
| 01/21/2014 | 73 | ORDER denying 68 Defendants' motion for enlargement of time to file amended motion to compel and for order setting the continued deposition of Plaintiff Jeannette Martello; denying 71 Plaintiffs' motion to postpone taking of depositions and to enlarge time. Signed by Magistrate Judge Paul A. Zoss on 1/21/2014. (PAB) (Entered: 01/21/2014) |
| 01/23/2014 | 74 | MOTION for protective order by JYM, LLC, Jeannette Martello. (Attachments: # 1 Affidavit, # 2 Exhibit)(Sobodash, Justin) Motions referred to Magistrate Judge Gregory J. Kelly. (Entered: 01/23/2014) |
| 01/23/2014 | 75 | MEMORANDUM in opposition re 74 Motion for protective order filed by Product Quest Manufacturing, Inc., Product Quest Manufacturing, LLC, John T. Regan. (Norway, Robert) (Entered: 01/23/2014) |

| 01/24/2014 | 76 | TRANSCRIPT of Hearing held on 1-10-14 before Judge Paul A. Zoss. Court Reporter/Transcriber Amie R. First, RPR, CRR, AmieFirst.CourtReporter@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or purchased through the Court Reporter. Redaction Request due 2/14/2014, Redacted Transcript Deadline set for 2/24/2014, Release of Transcript Restriction set for 4/24/2014. (ARF) (Entered: 01/24/2014) |
|---|---|---|
| 01/24/2014 | 77 | NOTICE to counsel of filing of OFFICIAL TRANSCRIPT. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may purchase a copy from the court reporter or view the document at the clerk's office public terminal. Court Reporter: Amie First (ARF) (Entered: 01/24/2014) |
| 01/24/2014 | 78 | Minute Entry. Proceedings held before Magistrate Judge Paul A. Zoss: MISCELLANEOUS TELEPHONIC CONFERENCE held on 1/23/2014. Parties presented issue that arose during deposition to magistrate judge telephonically. Defendants withdrew objections and court concluded teleconference without entering an order. Hearing transcribed via court reporter that was present at deposition. (PAB) (Entered: 01/24/2014) |
| 01/24/2014 | 79 | ORDER granting 74 Motion for Protective Order. The Court will enter the protective order attached to the motion. Signed by Magistrate Judge Paul A. Zoss on 1/24/2014. (PAB) (Entered: 01/24/2014) |
| 01/24/2014 | 80 | Protective Order entered by the Court. See Doc. Nos. 74, 79. Signed by Magistrate Judge Paul A. Zoss on 1/24/2014. (PAB) (Entered: 01/24/2014) |
| 01/24/2014 | 81 | MOTION for sanctions *Against Plaintiffs and Alternative Motion to Compel* by All Defendants. (Attachments: # 1 Exhibits 1-14)(Norway, Robert) (Entered: 01/24/2014) |
| 02/03/2014 | 82 | (stricken per 86 order) MOTION to substitute attorney by Jeannette Martello. (filed pro se) (LAK) Motions referred to Magistrate Judge Gregory J. Kelly. Modified on 2/14/2014 (LAK). (Entered: 02/04/2014) |
| 02/03/2014 | 83 | (stricken per 86 order) MOTION for extension of time to file response to 81 MOTION for sanctions *and alternative Motion to compel* by Jeannette Martello. (filed pro se) (LAK) Motions referred to Magistrate Judge Gregory J. Kelly. Modified on 2/14/2014 (LAK). (Entered: 02/04/2014) |
| 02/04/2014 | 84 | RESPONSE to Motion re 82 MOTION to Substitute Attorney, 83 MOTION for Extension of Time to File Response/Reply as to 81 MOTION for sanctions *Against Plaintiffs and Alternative Motion to Compel* filed by Product Quest Manufacturing, Inc., Product Quest Manufacturing, LLC, John T. Regan. (Norway, Robert) (Entered: 02/04/2014) |
| 02/06/2014 | 85 | RESPONSE in Opposition re 67 MOTION to Compel *documents in response to Requests for Production Nos. 15, 16 and 24 and for costs* filed by Product Quest Manufacturing, Inc., Product Quest Manufacturing, LLC, John T. Regan. (Attachments: # 1 Exhibits A through D) (Norway, Robert) (Entered: 02/06/2014) |
| 02/13/2014 | 86 | ORDER striking 82 Motion to Substitute Attorney; striking 83 Plaintiffs' Motion for Extension of Time to File Response to Defendants' renewed motion to compel and for sanctions. The Court will enter a subsequent order setting a hearing, at which all parties and their counsel will be required to appear in-person to resolve all outstanding discovery issues, as well as all matters pertaining to Plantiffs' representation. The Clerk is directed to send a copy of this order to Dr. Martello by regular mail at the address provided herein. Plaintiffs' counsel are also ORDERED to immediately provide a copy of this order to Plaintiffs. Signed by Magistrate Judge Gregory J. Kelly on 2/13/2014. (PAB) (Entered: 02/13/2014) |
| 02/13/2014 | 87 | ORDER and NOTICE of hearing before the undersigned on TUESDAY, MARCH 11, 2014 at 10:30 A.M. in Courtroom No. 3C. All parties and their counsel, including pro hace vice and local counsel, shall appear in-person. As set forth herein, the hearing will address all outstanding discovery issues, as well as all matters pertaining to Plaintiffs' reprsentation. This order does not affect, continue, or suspend any deadline, including any deadline to respond to outstanding motions. The Clerk is directed to send a copy of this order to Dr. Martello at the |

| | | |
|---|---|---|
| | | address provided herein by Regular Mail. Plaintiffs' counsel shall immediately provide Plaintiffs with a copy of this order. The parties shall comply with directives contained herein. Signed by Magistrate Judge Gregory J. Kelly on 2/13/2014. (PAB) (Entered: 02/13/2014) |
| 02/13/2014 | 88 | TRANSCRIPT of Motion Hearing held on 12-18-13 before Judge Paul A. Zoss. Court Reporter/Transcriber Amie R. First, RPR, CRR, AmieFirst.CourtReporter@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or purchased through the Court Reporter. Redaction Request due 3/6/2014, Redacted Transcript Deadline set for 3/17/2014, Release of Transcript Restriction set for 5/14/2014. (ARF) Modified on 2/18/2014 (LAK). (Entered: 02/13/2014) |
| 02/13/2014 | 89 | NOTICE to counsel of filing of OFFICIAL TRANSCRIPT. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may purchase a copy from the court reporter or view the document at the clerk's office public terminal. Court Reporter: Amie First (ARF) (Entered: 02/13/2014) |
| 02/14/2014 | | Set hearings: Discovery Hearing set for 3/11/2014 at 10:30 AM in Orlando Courtroom 3 C before Magistrate Judge Gregory J. Kelly. (LAK) (Entered: 02/14/2014) |
| 02/14/2014 | 90 | MOTION to Substitute Attorney by Augustus Sol Invictus on behalf of JYM, LLC, Jeannette Martello (Invictus, Augustus) Modified on 2/18/2014 (MAA). (Entered: 02/14/2014) |
| 02/14/2014 | 91 | MOTION in limine *to Exclude Expert Reports and Testimony of Charles P. Adams* by All Defendants. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D) (Mitchell, Richard) (Entered: 02/14/2014) |
| 02/14/2014 | 92 | AMENDED MOTION to Substitute Attorney by Augustus Sol Invictus on behalf of JYM, LLC, Jeannette Martello (Invictus, Augustus) Modified on 2/18/2014 (MAA). (Entered: 02/14/2014) |
| 02/14/2014 | 93 | MOTION for summary judgment by All Defendants. (Attachments: # 1 Exhibit A - Part 1, # 2 Exhibit A - Part 2, # 3 Exhibit A - Part 3, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F, # 9 Exhibit G, # 10 Exhibits H - M)(Norway, Robert) (Entered: 02/14/2014) |
| 02/17/2014 | 94 | RESPONSE by JYM, LLC, Jeannette Martello re 92 Amended Motion for Substitution of Counsel and *NOTICE of February 2 2014 Termination of Justin Sobodash as counsel by Plaintiffs* (Sobodash, Justin) Modified on 2/18/2014 (MAA). (Entered: 02/17/2014) |
| 02/18/2014 | 95 | NOTICE by Product Quest Manufacturing, Inc., Product Quest Manufacturing, LLC, John T. Regan *of Filing Original Exhibits H through M in Support of Defendants' Motion for Summary Judgment* (Norway, Robert) (exhibits of 4 magazines, book and video filed separately on shelf in brown folder) (RDO). Modified on 4/17/2014 (LAK). (Entered: 02/18/2014) |
| 02/28/2014 | 96 | ORDER denying motion for substitution of counsel (Doc. No. 90) as moot. It is further ORDERED that: 1) the Court will resolve the amended motion for substitution of counsel (Doc. No. 92) at the March 11, 2014 hearing; 2) Messrs. Invictus and Sierra shall appear at the hearing in-person; 3) Mr. Sobodash may appear at the hearing telephonically; 4) If any of Plaintiffs' counsel fail to appear or are unprepared to fully discuss the issues set forth herein and in Court's prior order (Doc. No. 87), sanctions may be imposed; 5) Messrs. Invictus, Sobodash, and Sierra are counsel of record for Plaintiffs until further order of the Court; 6) the parties are directed to immediately confer in a good faith effort to resolve or narrow all outstanding discovery issues, including Defendants' request for sanctions; 7) on or before March 5, 2014, the parties shall file a joint statement identifying any issues that have been resolved or narrowed, and all remaining issues for the Court to resolve at the March 11, 2014 hearing; and 8) Plaintiffs' counsel shall immediately provide a copy of this order to Dr. Martello. Signed by Magistrate Judge Gregory J. Kelly on 2/28/2014. (PAB) Modified on 2/28/2014 (MAA). (Entered: 02/28/2014) |
| 02/28/2014 | 97 | MOTION for Justin Sobodash to withdraw as attorney by JYM, LLC, Jeannette Martello. (Sobodash, Justin) Motions referred to Magistrate Judge Gregory J. Kelly. (Entered: 02/28/2014) |

| 02/28/2014 | 98 | MOTION in limine by Product Quest Manufacturing, Inc., Product Quest Manufacturing, LLC, John T. Regan. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10)(Norway, Robert) (Entered: 02/28/2014) |
|---|---|---|
| 03/04/2014 | 99 | ORDER denying 97 Motion to Withdraw as Attorney. As previously ordered (Doc. No. 96), Mr. Sobodash shall appear at the March 11, 2014 hearing, either in person or by telephone. The Court will resolve Plaintiffs' motion for substitution of counsel (Doc. No. 92) at the March 11, 2014 hearing. Signed by Magistrate Judge Gregory J. Kelly on 3/4/2014. (PAB) (Entered: 03/04/2014) |
| 03/05/2014 | 100 | STATUS report *of all parties* by JYM, LLC, Jeannette Martello. (Sobodash, Justin) (Entered: 03/05/2014) |
| 03/07/2014 | 101 | MOTION for Richard D. Sierra to withdraw as attorney *for Plaintiffs* by JYM, LLC, Jeannette Martello. (Sierra, Richard) Motions referred to Magistrate Judge Gregory J. Kelly. (Entered: 03/07/2014) |
| 03/10/2014 | 102 | Unopposed MOTION for to withdraw as attorney *for Plaintiffs* by All Plaintiffs. (Invictus, Augustus) Motions referred to Magistrate Judge Gregory J. Kelly. (Entered: 03/10/2014) |
| 03/11/2014 | 103 | Minute Entry. Proceedings held before Magistrate Judge Gregory J. Kelly: Evidentiary Hearing held on 3/11/2014. (digital) (KKA) (Entered: 03/11/2014) |
| 03/11/2014 | 106 | AFFIDAVIT of Robert Rase by Jeannette Martello. (Attachments: # 1 Exhibit)(MAA) (Entered: 03/13/2014) |
| 03/11/2014 | 107 | DECLARATION of Jeannette Martello by Jeannette Martello. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, Part 1, # 17 Exhibit 16, Part 2, # 18 Exhibit 17, Part 1, # 19 Exhibit 17, Part 2, # 20 Exhibit 17, Part 3, # 21 Exhibit 18, # 22 Exhibit 19, # 23 Exhibit 20, # 24 Exhibit 21, # 25 Exhibit 22, Part 1, # 26 Exhibit 22, Part 2, # 27 Exhibit 22, Part 3, # 28 Exhibit 23, # 29 Exhibit 24, # 30 Exhibit 25, # 31 Exhibit 26, # 32 Exhibit 27, # 33 Exhibit 28, Part 1, # 34 Exhibit 28, Part 2, # 35 Exhibit 29, # 36 Exhibit 30, # 37 Exhibit 31, # 38 Exhibit 32, Part 1, # 39 Exhibit 32, Part 2, # 40 Exhibit 32, Part 3)(MAA) (Entered: 03/13/2014) |
| 03/12/2014 | 104 | ORDER granting in part and denying in part 92 Motion to Substitute Attorney; denying as moot 101 Motion to Withdraw as Attorney; granting 102 Motion to Withdraw as Attorney; Granting Justin Sobodash's ore tenus motion to withdraw as counsel for Plaintiffs [Doc. No. 103]. It is further ORDERED that Dr. Martello will continue to proceed in this case pro se; all future pleadings, motions, orders, and other papers may be served on Dr. Martello at the address provided herein; on or before March 28, 2014, Dr. Martello shall file responses to the Motions at Docket Entry Nos. 91, 93, and 98; and the Clerk is directed to send Dr. Martello a copy of this order by Certified and Regular U.S. Mail at the address provided herein. Signed by Magistrate Judge Gregory J. Kelly on 3/12/2014. (PAB) (Entered: 03/12/2014) |
| 03/13/2014 | 105 | ORDER dismissing and terminating JYN, LLC as a party in this case. Signed by Chief Judge Anne C. Conway on 3/13/2014. (SR) (Entered: 03/13/2014) |
| 03/13/2014 | | Set deadlines as to 98 MOTION in limine, 91 MOTION in limine, 93 MOTION for summary judgment. Responses due by 3/28/2014. (LAK) (Entered: 03/13/2014) |
| 03/13/2014 | 108 | ORDER as to Plaintiff Dr. Jeannette Martello's obligations as a pro se plaintiff. The Clerk is directed to send Dr. Martello a copy of this order by both Certified and Regular U.S. Mail at the address provided herein. Signed by Magistrate Judge Gregory J. Kelly on 3/13/2014. (PAB) (Entered: 03/13/2014) |
| 03/18/2014 | 109 | ORDER granting in part and denying in part 67 Plaintiffs' Motion to Compel Documents in Response to Requests for Production; granting in part and denying in part 69 Defendants' Third Motion to Compel. Defendants are directed to immediately produce to Dr. Martello the vendor agreement(s) between Defendants and Walgreens that governed the sale of the products at issue in this case. On or before Friday, March 28, 2014, Dr. Martello shall produce to Defendants all documents responsive to Request Nos. 1-2 (See Doc. No. 69). The Clerk is directed to send Dr. Martello a copy of this order by both Certified and Regular U.S. Mail.. Signed by Magistrate Judge Gregory J. Kelly on 3/18/2014. (PAB) (Entered: 03/18/2014) |

| | | |
|---|---|---|
| 03/21/2014 | 110 | TRANSCRIPT of a hearing on discovery, sanctions and representation held on March 11, 2014, before Judge Gregory J. Kelly. Court Reporter/Transcriber Diane Peede, FlaDiane@att.net,Telephone number 407-615-0305. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or purchased through the Court Reporter.. Redaction Request due 4/11/2014, Redacted Transcript Deadline set for 4/21/2014, Release of Transcript Restriction set for 6/19/2014. (DP) (Entered: 03/21/2014) |
| 03/21/2014 | 111 | NOTICE to counsel of filing of OFFICIAL TRANSCRIPT (doc. no. 110). The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may purchase a copy from the court reporter or view the document at the clerk's office public terminal. Court Reporter: Diane Peede. (DP) (Entered: 03/21/2014) |
| 03/27/2014 | 112 | NOTICE of change of address by Justin Sobodash (Sobodash, Justin) (Entered: 03/27/2014) |
| 03/28/2014 | 113 | RESPONSE in Opposition re 93 MOTION for summary judgment filed by Jeannette Martello. (LAK) (Entered: 03/31/2014) |
| 03/28/2014 | 114 | MOTION for reconsideration and OBJECTION to 104 Order on Motion to withdraw as attorney and to give plaintiff time to find new counsel. (LAK) (Entered: 03/31/2014) |
| 03/28/2014 | 115 | MOTION for reconsideration and OBJECTION to 105 Order dismissing JYM, LLC as party. (LAK) (Entered: 03/31/2014) |
| 03/28/2014 | 116 | NOTICE that Jeannette Martello will be filing an objection to 109 Order. (LAK) (Entered: 03/31/2014) |
| 03/31/2014 | 117 | MOTION for order to show cause *why plaintiff should not be held in contempt* by All Defendants. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Norway, Robert) (Entered: 03/31/2014) |
| 03/31/2014 | 118 | RESPONSE in Opposition re 98 MOTION in limine filed by Jeannette Martello. (MAA) (Entered: 04/01/2014) |
| 03/31/2014 | 119 | RESPONSE in Opposition re 91 MOTION in limine *to Exclude Expert Reports and Testimony of Charles P. Adams* filed by Jeannette Martello. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, Part 1, # 8 Exhibit 7, Part 2, # 9 Exhibit 7, Part 3, # 10 Exhibit 8, Part 1, # 11 Exhibit 8, Part 2, # 12 Exhibit 8, Part 3, # 13 Exhibit 8, Part 4, # 14 Exhibit 9, # 15 Exhibit 10, # 16 Exhibit 11, Part 1, # 17 Exhibit 11, Part 2, # 18 Exhibit 11, Part 3, # 19 Exhibit 11, Part 4, # 20 Exhibit 11, Part 5, # 21 Exhibit 12, # 22 Exhibit 13, # 23 Exhibit 14, Part 1, # 24 Exhibit 14, Part 2, # 25 Exhibit 14, Part 3, # 26 Exhibit 15, # 27 Exhibit 16, # 28 Exhibit 17, Part 1, # 29 Exhibit 17, Part 2, # 30 Exhibit 17, Part 3, # 31 Exhibit 17, Part 4)(MAA) (Entered: 04/01/2014) |
| 04/01/2014 | 120 | DECLARATION of Jeannette Martello. (MAA) (Entered: 04/01/2014) |
| 04/02/2014 | 121 | ORDER referring motion to Magistrate Judge for ruling, or if necessary, issuance of a Report and Recommendation: 98 MOTION in limine filed by Product Quest Manufacturing, LLC, Product Quest Manufacturing, Inc., John T. Regan. Signed by Chief Judge Anne C. Conway on 4/2/2014. (SR) Motions referred to Magistrate Judge Gregory J. Kelly. (Entered: 04/02/2014) |
| 04/02/2014 | 122 | NOTICE by Product Quest Manufacturing, Inc., Product Quest Manufacturing, LLC, John T. Regan *of Lack of Service* (Norway, Robert) (Entered: 04/02/2014) |
| 04/02/2014 | 123 | (strike and return per 132 order) NOTICE of filing CD of exhibits by Jeannette Martello in support of 119 Response in Opposition to Motion. (LAK) Modified on 4/8/2014 (LAK). (Entered: 04/03/2014) |
| 04/02/2014 | 124 | (strike and return per 132 order) NOTICE of filing CD of exhibits by Jeannette Martello in support of 120 Declaration. (LAK) Modified on 4/8/2014 (LAK). (Entered: 04/03/2014) |
| 04/02/2014 | 125 | (strike and return per 132 order) NOTICE of filing CD of exhibits by Jeannette Martello in |

| | | support of 113 Response in Opposition to Motion. (LAK) Modified on 4/8/2014 (LAK). (Entered: 04/03/2014) |
|---|---|---|
| 04/02/2014 | 126 | (strike and return per 132 order) NOTICE of filing CD of exhibits by Jeannette Martello in support of 114 OBJECTION and MOTION for Reconsideration. (LAK) Modified on 4/8/2014 (LAK). (Entered: 04/03/2014) |
| 04/02/2014 | 127 | (strike and return per 132 order) NOTICE of filing CD of exhibits by Jeannette Martello to 115 OBJECTION and MOTION for Reconsideration. (LAK) Modified on 4/8/2014 (LAK). (Entered: 04/03/2014) |
| 04/04/2014 | 128 | Unopposed MOTION to extend time to File Reply in Support of Summary Judgment by All Defendants. (Norway, Robert) (Entered: 04/04/2014) |
| 04/04/2014 | 129 | RESPONSE re 122 Notice Regarding Lack of Service filed by Jeannette Martello. (RDO) (Entered: 04/04/2014) |
| 04/04/2014 | 130 | OBJECTION to 109 Order by Jeannette Martello. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 6a, # 8 Exhibit 6b, # 9 Exhibit 6c, # 10 Exhibit 7)(LAK) (Entered: 04/07/2014) |
| 04/07/2014 | 131 | ORDER granting 128 Motion to extend time. Signed by Chief Judge Anne C. Conway on 4/7/2014. (Conway, Anne) (Entered: 04/07/2014) |
| 04/07/2014 | 132 | ORDER STRIKING AND RETURNING re 124 Notice (Other) filed by Jeannette Martello, 125 Notice (Other) filed by Jeannette Martello, 127 Notice (Other) filed by Jeannette Martello, 123 Notice (Other) filed by Jeannette Martello, 126 Notice (Other) filed by Jeannette Martello. For the reasons set forth herein, the Clerk is directed to STRIKE and RETURN the CDs filed by Dr. Materllo at Docket Entry Nos. 123-127. If Dr. Martello wishes to amend or supplement any motion, response, or declaration that she has previously filed, Dr. Martello must first, after complying with Local Rule 3.01(g), file a motion requesting leave to amend or supplement. Signed by Magistrate Judge Gregory J. Kelly on 4/7/2014. (PAB) (Entered: 04/07/2014) |
| 04/11/2014 | 133 | MOTION for protective order by Jeannette Martello. (CD with exhibits submitted) (LAK) Motions referred to Magistrate Judge Gregory J. Kelly. (Entered: 04/14/2014) |
| 04/14/2014 | 134 | MEMORANDUM in opposition re 115 Motion for Reconsideration, 114 Motion for Reconsideration filed by Product Quest Manufacturing, Inc., Product Quest Manufacturing, LLC, John T. Regan. (Norway, Robert) (Entered: 04/14/2014) |
| 04/14/2014 | | Mail returned "attempted-not known" re: 121 Order. Mail not resent to Justin Sobodash. Now receiving electronically. (LAK) (Entered: 04/14/2014) |
| 04/14/2014 | 135 | MEMORANDUM in opposition re 117 Motion for order to show cause filed by Jeannette Martello. (2 CDs of exhibits attached to document and placed in file folder) (RDO) (Entered: 04/15/2014) |
| 04/15/2014 | 136 | NOTICE by Product Quest Manufacturing, Inc., Product Quest Manufacturing, LLC, John T. Regan *of Supplemental Certificate of Service* (Norway, Robert) (Entered: 04/15/2014) |
| 04/15/2014 | 137 | MOTION to modify *CMSO to Permit Defendant's Lead Trial Counsel to Attend a Portion of the Final Pretrial Meeting Telephonically* by All Defendants. (Norway, Robert) (Entered: 04/15/2014) |
| 04/15/2014 | 138 | NOTICE by Product Quest Manufacturing, Inc., Product Quest Manufacturing, LLC, John T. Regan *of Supplemental Local Rule 3.01(g) Certification for Defendants' Motion to Modify CMSO* (Norway, Robert) (Entered: 04/15/2014) |
| 04/21/2014 | 139 | MEMORANDUM in opposition re 130 Objection *to U.S. Magistrate Judge's Order of March 18, 2014* filed by Product Quest Manufacturing, Inc., Product Quest Manufacturing, LLC, John T. Regan. (Norway, Robert) (Entered: 04/21/2014) |
| 04/21/2014 | 140 | REPLY in support of 93 MOTION for summary judgment filed by Product Quest Manufacturing, Inc., Product Quest Manufacturing, LLC, John T. Regan. (Norway, Robert) Text modified on 4/22/2014 (RDO). (Entered: 04/21/2014) |
| 04/21/2014 | | Mail returned as Undeliverable (marked unclaimed) re: 105 Order, 108 Order, 109 Order on |

| | | motion to compel. Mail not resent to Jeanette Martello. (MAA) Modified on 4/22/2014 (MAA). (Entered: 04/22/2014) |
|---|---|---|
| 04/22/2014 | 141 | ORDER granting 137 Motion to modify CMSO. Signed by Chief Judge Anne C. Conway on 4/22/2014. (Conway, Anne) (Entered: 04/22/2014) |
| 04/22/2014 | 142 | Unopposed MOTION to extend time until 5/14/14 to *file joint Final Pretrial Statement and for the court to set a Rule 16 Conference* prior to trial by All Defendants. (Attachments: # 1 Exhibits 1 & 2)(Norway, Robert) Modified on 4/23/2014 (LAK). (Entered: 04/22/2014) |
| 04/23/2014 | 143 | ORDER granting 142 Motion to extend time until May 14, 2014 to file joint final pretrial statement. This matter is referred to the Magistrate Judge to conduct a Pretrial Conference. Signed by Chief Judge Anne C. Conway on 4/23/2014. (Conway, Anne) (Entered: 04/23/2014) |
| 04/23/2014 | | Reset scheduling order deadlines: Pretrial statement due by 5/14/2014 (MAA) (Entered: 04/24/2014) |
| 04/24/2014 | 144 | DECLARATION of Jeannette Martello in support of 142 Motion to Extend Time. (2 discs of exhibits attached) (RDO) Text modified on 4/24/2014 (RDO). (Entered: 04/24/2014) |
| 04/28/2014 | 145 | MEMORANDUM in opposition re 133 Motion for protective order filed by Product Quest Manufacturing, Inc., Product Quest Manufacturing, LLC, John T. Regan. (Attachments: # 1 Exhibit 1)(Norway, Robert) (Entered: 04/28/2014) |
| 04/29/2014 | 146 | DECLARATION of by Jeannette Martello regarding Defendant's Sanctionable Conduct. (2 discs of exhibit attached) (RDO) Text modified on 4/29/2014 (RDO). (Entered: 04/29/2014) |
| 04/30/2014 | 147 | NOTICE of Defendant's Bad Faith Dilatory Tactics filed by Jeannette Martello (2 discs of exhibits attached) (RDO) Text modified on 5/1/2014 (RDO). (Entered: 05/01/2014) |
| 04/30/2014 | 148 | Notice of filing DECLARATION of Jeannette Martello in support of 113 Response in Opposition to Motion by Jeannette Martello. (RDO) (Entered: 05/01/2014) |
| 04/30/2014 | 149 | Notice of Filing AFFIDAVIT of Charles P. Adams in support of 113 Response in Opposition to Motion by Jeannette Martello. (Attachments: # 1 Exhibits 1-3, # 2 Exhibit 4, # 3 Exhibit 5) ( 2 discs of exhibit attached) (RDO) Modified on 5/1/2014 (RDO). (Entered: 05/01/2014) |
| 05/05/2014 | 150 | MOTION to supplement Exhibits to 113 Response in Opposition by Jeannette Martello.(4 CDs of exhibits filed separately in accordion folder) (RDO) (Entered: 05/06/2014) |
| 05/05/2014 | 151 | MOTION to supplement an Exhibit in support of 114 MOTION for Reconsideration and Objection to Order by Jeannette Martello. (4 CDs of exhibits filed separately in accordion folder) (RDO) (Entered: 05/06/2014) |
| 05/05/2014 | 152 | MOTION to supplement an Exhibit in Support of 115 MOTION to Reconsider and Objection to Order by Jeannette Martello. (4 CDs of exhibits filed separately in accordion folder) (RDO) (Entered: 05/06/2014) |
| 05/05/2014 | 153 | MOTION to supplement an Exhibit to 118 Response to Motion by Jeannette Martello. (4 CDs filed separately in accordion folder) (RDO) (Entered: 05/06/2014) |
| 05/05/2014 | 154 | MOTION to supplement an Exhibit in support of 120 Declaration of by Jeannette Martello. (4 CDs of exhibits filed separately in accordion folder) (RDO) (Entered: 05/06/2014) |
| 05/06/2014 | 155 | MOTION for miscellaneous relief, specifically for Order Directing Plaintiff to Comply with Case Management and Scheduling Order or, in the Alternative, for Relief from the Pretrial Deadlines and Continuation of Trial by Product Quest Manufacturing, Inc., Product Quest Manufacturing, LLC, John T. Regan. (Norway, Robert) (Entered: 05/06/2014) |
| 05/07/2014 | 156 | MOTION to produce Exhibits 74 & 75 of Adams' Deposition by Jeannette Martello. (MAA) Motions referred to Magistrate Judge Gregory J. Kelly. Modified on 5/8/2014 (MAA). (Entered: 05/07/2014) |
| 05/08/2014 | 157 | MOTION requesting leave to supplement an Exhibit in support of 116 Declaraton by Jeannette Martello. (Attachments: # 1 Attachments/Exhibits)(RDO) (Entered: 05/08/2014) |
| 05/08/2014 | 158 | CERTIFICATE/NOTICE of service by Jeannette Martello re 154 MOTION to supplement an |

| | | |
|---|---|---|
| | | Exhibit in support of 120 Declaration of Jeanette Martello, 149 Affidavit, 147 Notice (Other), 148 Declaration, 152 MOTION to supplement an Exhibit in Support of 115 MOTION to Reconsider and Objection to Order, 151 MOTION to supplement an Exhibit in support of 114 MOTION for Reconsideration and Objection to Order, 153 MOTION to supplement an Exhibit to 118 Response to Motion, 150 MOTION to supplement Exhibits to 113 Response in Opposition. (RDO) (Entered: 05/08/2014) |
| 05/14/2014 | 159 | DEFENDANT'S PRETRIAL statement by Product Quest Manufacturing, Inc., Product Quest Manufacturing, LLC, John T. Regan. (Attachments: # 1 Appendix A, # 2 Appendix B, # 3 Appendix C, # 4 Appendix D, # 5 Appendix E, # 6 Appendix F, # 7 Appendix G, # 8 Appendix H, # 9 Appendix I, # 10 Appendix J, # 11 Appendix K, # 12 Appendix L, # 13 Appendix M, # 14 Appendix N, # 15 Appendix O, # 16 Appendix P, # 17 Appendix Q, # 18 Appendix R) (Norway, Robert) Modified on 5/22/2014 (MAA). (Entered: 05/14/2014) |
| 05/14/2014 | 160 | NOTICE of Evidentiary Proffer by Jeannette Martello (2 CDs of exhibits filed separately in brown folder) (RDO) (Entered: 05/15/2014) |
| 05/20/2014 | 161 | SEPARATE FILING OF THE JOINT PRETRIAL statement claims and damages section by Jeannette Martello. (EJS) (Entered: 05/21/2014) |
| 05/20/2014 | 162 | CLAIMS AND DAMAGES SECTION to the joint pretrial statement by Jeannette Martello (EJS) (Entered: 05/21/2014) |
| 05/22/2014 | 163 | MEMORANDUM in opposition re 154 Motion to supplement, 157 Motion to supplement, 152 Motion to supplement, 151 Motion to supplement, 153 Motion to supplement, 150 Motion to supplement filed by Product Quest Manufacturing, Inc., Product Quest Manufacturing, LLC, John T. Regan. (Norway, Robert) (Entered: 05/22/2014) |
| 05/27/2014 | 164 | RESPONSE in Opposition re 156 MOTION to produce Exhibits 75 & 75 of Adams' Deposition filed by Product Quest Manufacturing, Inc., Product Quest Manufacturing, LLC, John T. Regan. (Attachments: # 1 Exhibit Declaration)(Mitchell, Richard) (Entered: 05/27/2014) |
| 05/28/2014 | 165 | Proposed Jury Instructions by Jeannette Martello. (2 discs received and filed separately in brown folder)(RDO) (Entered: 05/29/2014) |
| 05/30/2014 | 166 | ORDER overruling 114 Objection to the Magistrate Judge's Order permitting her attorney to withdraw. The Magistrate Judge's March 12 Order (Doc. No. 104 ) is AFFIRMED. Plaintiff's Motion for Reconsideration of the undersigned's Order dismissing JYM, LLC as a party to this action (Doc. No. 115 ), filed March 28, 2014, is DENIED. Plaintiff's Motions to Supplement (Doc. Nos. 151 and 152 ), filed May 5, 2014, are DENIED. Signed by Chief Judge Anne C. Conway on 5/29/2014. (SR)(ctp) (Entered: 05/30/2014) |
| 05/30/2014 | 167 | ORDER denying 133 Motion for Protective Order. The reference of Plaintiff's Motion for Protective Order (Doc. No. 133 ) to the Magistrate Judge is WITHDRAWN. Plaintiff Jeannette Martello's Objection to the Magistrate Judge's March 18 Order(Doc. No. 130 ), filed April 4, 2014, is OVERRULED. The Magistrate Judge's Order (Doc. No. 109 ) is AFFIRMED. On or before 5 p.m. EDT on Wednesday, June 4, 2014, Plaintiff shall produce the tax return documents identified in the Magistrate Judge's Order of March 18, 2014 (Doc. No. 109 ). Failure to produce those documents by 5 p.m. on June 4, 2014 will immediately result in the imposition of SANCTIONS against Plaintiff which may result in the dismissal of this case.Signed by Chief Judge Anne C. Conway on 5/29/2014. (SR) (Entered: 05/30/2014) |
| 05/30/2014 | 168 | EMERGENCY MOTION to stay 167 order by Jeannette Martello. (Attachments: # 1 Exhibit) (LAK) (Entered: 05/30/2014) |
| 05/30/2014 | 169 | MOTION for order to show cause why defendants should not be held in contempt by Jeannette Martello. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11) (LAK) Motions referred to Magistrate Judge Gregory J. Kelly. (Entered: 05/30/2014) |
| 05/30/2014 | 170 | NOTICE OF INTERLOCUTORY APPEAL as to 167 Order on Motion for Protective Order, 166 Order on Motion for Reconsideration by Jeannette Martello. Filing fee not paid. (LAK) (Entered: 05/30/2014) |
| 05/30/2014 | 171 | ORDER denying 168 Motion for an Emergency Stay of Order. Signed by Chief Judge Anne C. |

Conway on 5/30/2014. (SR) (Entered: 05/30/2014)

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 05/30/2014 15:29:02 | | |
| **PACER Login:** | ud0418 | **Client Code:** |
| **Description:** | Docket Report | **Search Criteria:** 6:12-cv-01304-ACC-GJK |
| **Billable Pages:** | 17 | **Cost:** 1.70 |