IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 14-12410-A

_____

JEANNETTE MARTELLO,

                                              Plaintiff-Appellant,

JYM, LLC,
a Nevada limited liability company,

                                              Plaintiff,

versus

PRODUCT QUEST MANUFACTURING, LLC,
a Florida limited liability company,
JOHN T. REGAN,
individually,
PRODUCT QUEST MANUFACTURING, INC.,
a Florida limited liability company,

                                              Defendants-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

Before: TJOFLAT, HULL, and WILSON, Circuit Judges.

BY THE COURT:

      This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. Appellant Jeannette Martello has appealed from interlocutory decisions of the district court allowing Martello's counsel to withdraw and thereafter dismissing Plaintiff JYM, LLC because it was not represented by counsel, and also compelling Martello to produce her tax returns. We lack jurisdiction over this appeal because the action remains ongoing and the decisions allowing withdrawal of counsel

and compelling discovery are not immediately appealable. *See Mohawk Indus., Inc. v. Carpenter*, 558 U.S. 100, 103, 108-114, 130 S.Ct. 599, 603, 606-09, 175 L.Ed.2d 458 (2009); *Richardson-Merrell, Inc. v. Koller*, 472 U.S. 424, 426, 105 S.Ct. 2757, 2758, 86 L.Ed.2d 340 (1985); *Supreme Fuels Trading FZE v. Sargeant*, 689 F.3d 1244, 1246 (11th Cir. 2012); *Rouse Constr. Int'l, Inc. v. Rouse Constr. Corp.*, 680 F.2d 743, 745 (11th Cir. 1982). Martello also has no standing to appeal from an interlocutory order of dismissal that was entered as to the LLC plaintiff, but that order is not appealable at this time even at the behest of the LLC itself. *See Sargeant*, 689 F.3d at 1246.

Martello's "Emergency Motion for Stay Pending Appeal and Immediate Stay Pending Resolution of This Motion" is DENIED AS MOOT.

No motion for reconsideration may be filed unless it complies with the timing and other requirements of 11th Cir. R. 27-2 and all other applicable rules.

The Clerk is directed to treat any motion for reconsideration of this order as a non-emergency matter.

2

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

June 04, 2014

Jeannette Martello
PO BOX 914
SOUTH PASADENA, CA 91031

Appeal Number: 14-12410-A
Case Style: Jeannette Martello, et al v. Product Quest Manufacturing, et al
District Court Docket No: 6:12-cv-01304-ACC-GJK

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Denise E. O'Guin, A
Phone #: (404) 335-6188

Enclosure(s)

DIS-4 Multi-purpose dismissal letter