# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JEANNETTE MARTELLO,

      Plaintiff,

v.                                Case No: 6:12-cv-1304-Orl-22GJK

PRODUCT QUEST
MANUFACTURING, LLC, JOHN T.
REGAN and PRODUCT QUEST
MANUFACTURING, INC.,

      Defendants.

## ORDER

This cause comes before the Court on Plaintiff Jeannette Martello's ("Plaintiff") Emergency Motion to Stay (Doc. No. 175) the Court's May 30, 2014 Order compelling Plaintiff to produce her tax returns by 5 p.m. EDT on June 4, 2014.[1] The instant Motion only seeks a stay until the Eleventh Circuit has decided Plaintiff's interlocutory appeal of several previous Orders of this Court. On June 4, 2014, the Eleventh Circuit issued an Order dismissing the very same appeal for lack of jurisdiction, (*see* Doc. No. 174); accordingly, the instant Motion is **DENIED** as moot.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on June 4, 2014.

                                                  ANNE C. CONWAY
                                                  United States District Judge

---

[1] The Court has already denied, for failure to articulate good cause, a previous motion seeking the same relief. (*See* Doc. No. 171.)

Copies furnished to:

Counsel of Record
Unrepresented Parties