# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| JEANNETTE MARTELLO | ) |
| v. | ) Case No.: 6:12-cv-1304-Orl-22GJK |
| PRODUCT QUEST MFG., LLC; JOHN T. REGAN and PRODUCT QUEST MFG., INC. | ) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on __06/06/2014__ against __Plaintiff Jeannette Martello__,
*Date*
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk .................................................................. | $ |
| Fees for service of summons and subpoena .............................................. | 259.50 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | 13,816.40 |
| Fees and disbursements for printing ................................................... | |
| Fees for witnesses *(itemize on page two)* ............................................. | $0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. ................................................... | 2,149.78 |
| Docket fees under 28 U.S.C. 1923 .................................................... | |
| Costs as shown on Mandate of Court of Appeals ........................................ | |
| Compensation of court-appointed experts ............................................. | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| Other costs *(please itemize)* ........................................................ | |
| TOTAL | $ 16,225.68 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☐ Electronic service    ☑ First class mail, postage prepaid
☐ Other: _____

s/ Attorney:  /s/ RICHARD E. MITCHELL
    Name of Attorney: Richard E. Mitchell

For: Product Quest Mfg., LLC; John T. Regan; and Product Quest Mfg., Inc.    Date: 06/20/2014
    *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____   By: _____
*Clerk of Court*                *Deputy Clerk*                *Date*

# UNITED STATES DISTRICT COURT

**Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)**

| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | TOTAL | | $0.00 |

**NOTICE**

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

     When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

     Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

# Itemization of Costs

Table 1: Itemization of Fees for Service of Summons and Subpoena

| Item | Fees |
|---|---|
| Service of Subpoenas re: Tina Walls and Walls Law Firm (PBL Invoice No. 355000) | $ 199.50 |
| Service of Subpeona re: James C. Peterson (Eagle Legal Servs. Invoice No. MIC-2013009690) | $ 60.00 |
| Total Fees: | $ 259.50 |

Table 2: Itemization of Fees for Transcripts Necessarily Obtained for Use in Case

| Item | Fees |
|---|---|
| 11/26/2013 Depo. of Jeannette Martello | $ 3,776.10 |
| 1/3/2014 Depo. of Tina Walls, Esq. | $ 713.65 |
| 1/16/2014 Depo. of Charles P. Adams | $ 5,290.65 |
| 1/23/2014 Depo. of Williams Jennings and John Regan | $ 1,424.85 |
| 1/24/2014 Cont. Depo. of John Regan | $ 661.95 |
| 1/31/2014 Cont. Depo. of Jeannette Martello | $ 1,573.55 |
| 12/18/2013 and 1/10/2014 Hearing Transcripts | $ 251.45 |
| 3/11/2014 Hearing Transcript | $ 124.20 |
| Total Fees: | $13,816.40 |

Table 3: Itemization of Fees for Exemplification and Copies

| Item | Fees |
|---|---|
| 12/31/2013 Photocopies (PBL Invoice No. 349747) | $ 4.05 |
| 1/31/2014 Photocopies (PBL Invoice No. 355000) | $ 44.85 |
| 1/23/2014 Duplication Fees re: Adams' Depo. (Advanced Discovery Invoice No. B107260) | $ 733.49 |
| 1/9/2014 Duplication Fees re: Plaintiff's Request for Production | $ 283.19 |
| Duplication Costs Charged by GrayRobsinson, P.A. | $1,084.20 |
| Total Fees: | $2,149.78 |

**EAGLE LEGAL SERVICES**
424 E. Central Blvd.
#337
Orlando, FL 32801
Phone: (407) 857-8380
Fax: (407) 251-9274
20-4853290

# INVOICE



Invoice #MIC-2013009690
1/13/2014



Robert Norway
Gray Robinson
301 East Pine Street
Orlando, FL 32801

Reference Number: Martell vs Product Quest

Case Number: 6:12-CV-1304-ORL-22GJK

Plaintiff:
**Jeanette Martello, individually, and Jym, LLC a Nevada limited liability company**

Defendant:
**Produect Quest Manufacturing, LLC a Florida limited liability company, John T. Regan, individually, and Product Quest Manufacturing, Inc**

Received: 12/9/2013   Served: 12/16/2013 12:25 pm  .INDIVIDUAL/PERSONAL
To be served on: James C. Peterson, Esq

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Statewide) | 1.00 | 60.00 | 60.00 |
| TOTAL CHARGED: | | | $60.00 |

**BALANCE DUE:** $60.00

CHECK OUT OUR NEW WEBSITE! - eaglelegalservices.com

You can pay online (PayPal and all major cards accepted), schedule a pickup, summons calculator, view status, re-print Affidavits / invoices and more!

Please make checks payable to: **EAGLE LEGAL SERVICES**. Tax ID - 20-4853290.

**LATE PAYMENT POLICY** - $5.00 Charge On Invoices Over 30-Days Past Due, A Further $5.00 For Each 15-Day Period Thereafter.

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m



**PARSONS BEHLE & LATIMER**

201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Main 801.532.1234
Fax 801.536.6111
parsonsbehle.com

A Professional
Law Corporation

```
PRODUCT QUEST MANUFACTURING, LLC              Feb 18, 2014      PAGE    3
FILE NUMBER: 21499.001
INVOICE NO.: 355000
```

TIMEKEEPER RECAP

**REDACTED**

COSTS AND DISBURSEMENTS

```
01/02/14  DELIVERY - - PAYEE: FEDERAL EXPRESS                    14.76
01/09/14  SERVICE FEE - SUBPOENA/TINA M. WALLS, WALLS LAW        199.50
          FIRM - PAYEE: LEGAL WINGS INC.
01/23/14  - COURT REPORTERS - TINA M. WALLS DEPOSITION           713.65
          TRANSCRIPT - PAYEE: LITIGATION SERVICES &
          TECHNOLOGIES
```

**REDACTED**

```
01/31/14  PHOTOCOPIES                                             44.85
```



**REDACTED**

DUE UPON RECEIPT
TO ENSURE ACCURATE CREDITING, PLEASE RETURN THE COPY OF THIS STATEMENT WITH YOUR PAYMENT



201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Main 801.532.1234
Fax 801.536.6111
parsonsbehle.com

A Professional
Law Corporation

PRODUCT QUEST MANUFACTURING, LLC      Jan 17, 2014     PAGE    3
FILE NUMBER: 21499.001
INVOICE NO.: 349747

TIMEKEEPER RECAP

**REDACTED**

COSTS AND DISBURSEMENTS

12/31/13 PHOTOCOPIES                                                    4.05
12/31/13 DELIVERY SERVICE                                      99.00



**REDACTED**

DUE UPON RECEIPT
TO ENSURE ACCURATE CREDITING, PLEASE RETURN THE COPY OF THIS STATEMENT WITH YOUR PAYMENT



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 125208 | 12/10/2013 | 140463 |
| Job Date | Case No. | |
| 11/26/2013 | 612CV1304ORL22GJK | |
| Case Name | | |
| Jeannette Martello and JYM, LLC vs. Product Quest Manufacturing LLC, et al. | | |
| Payment Terms | | |
| Net 30 | | |

Robert M. Norway, Esquire
GrayRobinson, PA
301 East Pine Street
Suite 1400
Orlando, FL 32801

ORIGINAL TRANSCRIPT OF:

| | | | |
|---|---:|---|---:|
| Jeannette Martello | 464.00 | Pages | 1,832.80 |
|   Appearance Fee | | | 75.00 |
|   Appearance Fee - Each additional hour thereafter | 6.00 | Hours | 330.00 |
|   Appearance Fee - Overtime, Each hour thereafter | | | 82.50 |
|   ASCII, Condensed | | | 35.00 |
|   Exhibit Copy | 674.00 | Pages | 101.10 |
|   Exhibit Link to Transcript | 674.00 | Pages | 101.10 |
|   Exhibit Scan | 674.00 | Pages | 101.10 |
|   E-mail transcript | | | 0.00 |
|   Videographer - Per Diem (2 Hour Minimum) | | | 300.00 |
|   Videographer - Each additional hour | 5.00 | Hours | 625.00 |
|   Videographer - Each Additional Hour | | | 187.50 |
|   Delivery | | | 5.00 |

TOTAL DUE >>> **$3,776.10**

Reference No. : 160916

**Tax ID:** 59-2754282

*Please detach bottom portion and return with payment.*

Robert M. Norway, Esquire
GrayRobinson, PA
301 East Pine Street
Suite 1400
Orlando, FL 32801

Job No. : 140463  BU ID : Central FL
Case No. : 612CV1304ORL22GJK
Case Name : Jeannette Martello and JYM, LLC vs. Product Quest Manufacturing LLC, et al.
Invoice No. : 125208  Invoice Date : 12/10/2013
Total Due : $0.00

Remit To: **Orange Legal, Inc.**
**633 East Colonial Drive**
**Orlando, FL 32803**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 129040 | 1/31/2014 | 145085 |
| Job Date | Case No. | |
| 1/16/2014 | 612CV1304ORL22GJK | |
| Case Name | | |
| Jeannette Martello and JYM, LLC vs. Product Quest Manufacturing LLC, et. al. | | |
| Payment Terms | | |
| Net 30 | | |

**ORANGE LEGAL**
SERVICE. SOLUTIONS. SUPPORT.
407.898.4200   800.275.7991   407.898.4955

Robert M. Norway, Esquire
Gray Robinson, PA
301 East Pine Street
Suite 1400
Orlando, FL  32801

| ORIGINAL TRANSCRIPT OF: | | | |
|---|---|---|---|
| Charles P. Adams, CPA, backorder | 197.00 | Pages | 1,172.15 |
| 2 Day Expedite | | | 937.72 |
| Appearance Fee | | | 0.00 |
| Appearance Fee - Each Additional Hour Thereafter | 6.00 | Hours | 0.00 |
| Appearance Fee - Overtime, Each hour thereafter | 1.50 | Hours | 0.00 |
| ASCII, Condensed | | | 35.00 |
| Exhibit Copy | 346.00 | Pages | 69.20 |
| Exhibit Scan | 346.00 | Pages | 69.20 |
| Delivery, Shipping and Handling | | | 20.00 |
| VTC - Per Hour - Remote Location | 7.00 | Hours | 1,365.00 |
| VTC - Per Hour - Remote Location | 1.50 | Hours | 438.75 |
| Video - Videographer - Per Diem (2 Hour Minimum) | | | 485.00 |
| Video - Videographer - Each Additional Hour | 6.50 | | 780.00 |
| Video Digitization - Per Hour For Sync | 5.50 | | 412.50 |
| Travel - Mileage | | | 24.00 |
| DISCOUNT | | | -517.87 |
| | | **TOTAL DUE >>>** | **$5,290.65** |

Tax ID: 59-2754282

*Please detach bottom portion and return with payment.*

Robert M. Norway, Esquire
Gray Robinson, PA
301 East Pine Street
Suite 1400
Orlando, FL  32801

Remit To: **Orange Legal, Inc.**
633 East Colonial Drive
Orlando, FL  32803

Job No.      : 145085           BU ID        : Out/State
Case No.     : 612CV1304ORL22GJK
Case Name  : Jeannette Martello and JYM, LLC vs. Product Quest Manufacturing LLC, et. al.

Invoice No. : 129040           Invoice Date : 1/31/2014
Total Due   : $ 5,290.65

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 134878 | 3/14/2014 | 144173 |
| Job Date | Case No. | |
| 1/23/2014 | 612CV1304ORL22GJK | |
| Case Name | | |
| Jeannette Martello and JYM, LLC vs. Product Quest Manufacturing LLC, et al. | | |
| Payment Terms | | |
| Net 30 | | |

Richard E. Mitchell, Esquire
GrayRobinson, PA
301 East Pine Street
Suite 1400
Orlando, FL 32801

| | | |
|---|---|---|
| ORIGINAL TRANSCRIPT OF: | | |
| William Jennings | 209.00 Pages | 825.55 |
| ASCII, Condensed | | 35.00 |
| Exhibit Charge - Per Page for Black and White Copies | 134.00 | 67.00 |
| Exhibit Charge - Per Page for Color Copies | 2.00 | 2.00 |
| E-mail transcript | | 0.00 |
| Delivery | | 10.00 |
| ORIGINAL TRANSCRIPT OF: | | |
| John Regan (Volume I) | 114.00 Pages | 450.30 |
| ASCII, Condensed | | 35.00 |
| E-mail transcript | | 0.00 |
| | TOTAL DUE >>> | $1,424.85 |

Payments may be made online at www.orangelegal.com.

Thank you for your business!

Room rates may be applicable when transcript is deferred; varies by location. Invoices will accrue interest at 1.5% per month on unpaid balances, net 30 days. Invoice cannot be adjusted after 30 days. Payment not contingent on client reimbursement. If turned over for collection, you agree to pay all collection costs and attorney fees.

Tax ID: 59-2754282

*Please detach bottom portion and return with payment.*

Richard E. Mitchell, Esquire
GrayRobinson, PA
301 East Pine Street
Suite 1400
Orlando, FL 32801

Job No.      : 144173         BU ID      : Central FL
Case No.     : 612CV1304ORL22GJK
Case Name    : Jeannette Martello and JYM, LLC vs. Product
               Quest Manufacturing LLC, et al.
Invoice No.  : 134878         Invoice Date : 3/14/2014
Total Due    : $ 1,424.85

Remit To: Orange Legal, Inc.
          633 East Colonial Drive
          Orlando, FL 32803

PAYMENT WITH CREDIT CARD

Cardholder's Name:
Card Number:
Exp. Date:              Phone#:
Billing Address:
Zip:         Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 134880 | 3/14/2014 | 144174 |

| Job Date | Case No. |
|---|---|
| 1/24/2014 | 6:12CV1304ORL22GJK |

| Case Name |
|---|
| Jeannette Martello and JYM, LLC vs. Product Quest Manufacturing LLC, et al. |

| Payment Terms |
|---|
| Net 30 |

Richard E. Mitchell, Esquire
GrayRobinson, PA
301 East Pine Street
Suite 1400
Orlando, FL  32801

ORIGINAL TRANSCRIPT OF:
    John Regan  Continuation Day 2     141.00 Pages     556.95
        ASCII, Condensed     35.00
        Exhibit Charge - Per Page for Black and White Copies     120.00     60.00
        E-mail transcript     0.00
        Delivery     10.00

TOTAL DUE >>>     $661.95

Payments may be made online at www.orangelegal.com.

Thank you for your business!

Room rates may be applicable when transcript is deferred; varies by location. Invoices will accrue interest at 1.5% per month on unpaid balances, net 30 days. Invoice cannot be adjusted after 30 days.  Payment not contingent on client reimbursement.   If turned over for collection, you agree to pay all collection costs and attorney fees.

Tax ID: 59-2754282

*Please detach bottom portion and return with payment.*

Richard E. Mitchell, Esquire
GrayRobinson, PA
301 East Pine Street
Suite 1400
Orlando, FL  32801

Job No. : 144174    BU ID : Central FL
Case No. : 6:12CV1304ORL22GJK
Case Name : Jeannette Martello and JYM, LLC vs. Product Quest Manufacturing LLC, et al.

Invoice No. : 134880    Invoice Date : 3/14/2014
Total Due : $ 661.95

Remit To: Orange Legal, Inc.
         633 East Colonial Drive
         Orlando, FL  32803

| PAYMENT WITH CREDIT CARD |
|---|
| Cardholder's Name: |
| Card Number: |
| Exp. Date:               Phone#: |
| Billing Address: |
| Zip:         Card Security Code: |
| Amount to Charge: |
| Cardholder's Signature: |

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 130450 | 2/14/2014 | 148485 |
| Job Date | Case No. | |
| 1/31/2014 | 612CV1304ORL22GJK | |
| Case Name | | |
| Jeannette Martello and JYM, LLC vs. Product Quest Manufacturing LLC, et al. | | |
| Payment Terms | | |
| Net 30 | | |



Robert M. Norway, Esquire
Gray Robinson, PA
301 East Pine Street
Suite 1400
Orlando, FL 32801

ORIGINAL TRANSCRIPT OF:

| | | |
|---|---|---|
| Jeannette Martello, backorder | 119.00 Pages | 470.05 |
| Appearance Fee | | 75.00 |
| Appearance Fee - Each additional hour thereafter | 2.00 Hours | 110.00 |
| Appearance Fee - Overtime, Each hour thereafter | | 82.50 |
| ASCII, Condensed | | 35.00 |
| Unedited ASCII - Per Page | 102.00 | 153.00 |
| Exhibit Charge - Per Page for Black and White Copies | 5.00 | 2.50 |
| Exhibit Charge - Per Page for Color Copies | 23.00 | 23.00 |
| E-mail transcript | | 0.00 |
| Video - Videographer - Per diem (2 hour minimum) | | 300.00 |
| Video - Videographer - Each Additional Hour | | 125.00 |
| Video - Each Additional Hour - Overtime | | 187.50 |
| Delivery | | 10.00 |

TOTAL DUE >>>   $1,573.55

Reference No. : 435

Tax ID: 59-2754282

*Please detach bottom portion and return with payment.*

Job No.     : 148485        BU ID     : Central FL
Case No.    : 612CV1304ORL22GJK
Case Name   : Jeannette Martello and JYM, LLC vs. Product Quest Manufacturing LLC, et al.
Invoice No. : 130450        Invoice Date : 2/14/2014
Total Due   : $ 1,573.55

Robert M. Norway, Esquire
Gray Robinson, PA
301 East Pine Street
Suite 1400
Orlando, FL 32801

PAYMENT WITH CREDIT CARD

Cardholder's Name:
Card Number:
Exp. Date:              Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: Orange Legal, Inc.
          633 East Colonial Drive
          Orlando, FL 32803

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| AO44<br>(Rev. 11/07) | | | | | UNITED STATES DISTRICT COURT<br>FOR THE MIDDLE DISTRICT OF FLORIDA | | | | |

INVOICE NO: 20140291

MAKE CHECKS PAYABLE TO:

Rob Norway

AMIE RENEA FIRST, RPR, CRR
Federal Official Court Reporter
401 West Central Blvd.
Suite 4-600
Orlando, FL 32801

Phone:

Phone: (330) 760-2452

Tax ID: 27-1768631
*amiefirst.courtreporter@gmail.com*

☐ CRIMINAL  ☒ CIVIL

DATE ORDERED: 01-22-2014

DATE DELIVERED: 02-13-2014

**Case Style:** 6:12-CV-1304, DIGITAL - JEANNETTE MARTELLO v PRODUCT QUEST, ET AL.
Original Transcript of Hearings 12/18/13 (regular) and 1/10/14
(expedited) before the Honorable Paul A. Zoss.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | 37 | 3.65 | 135.05 | | | | | | | 135.05 |
| 14-Day | | | | | | | | | | |
| Expedited | 24 | 4.85 | 116.40 | | | | | | | 116.40 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

Misc. Desc.

MISC. CHARGES:

TOTAL: 251.45

LESS DISCOUNT FOR LATE DELIVERY:

TAX (If Applicable):

LESS AMOUNT OF DEPOSIT:

TOTAL REFUND:

TOTAL DUE: $251.45

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE: *s:/Amie R. First, RPR, CRR*

DATE: 02-18-2014

(All previous editions of this form are cancelled and should be destroyed)

| | | |
|---|---|---|
| AO44 (Rev 11/07) | UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA | |

INVOICE NO: 00002173

MAKE CHECKS PAYABLE TO:

Rick Mitchell
GrayRobinson, P.A.
301 E. Pine Street
Suite 1400
Orlando, FL 32801

Phone: (407) 843-8880
FAX: (407) 244-5690

Diane Peede
United States Court Reporter
401 West Central Boulevard
Suite 4-600
Orlando, FL 32801-0460

Phone: (407) 615-0305

☐ CRIMINAL    ☒ CIVIL    DATE ORDERED: 03-31-2014    DATE DELIVERED: 03-31-2014

**Case Style:** 6:12-CV-1304, Jeannette Martello v Product Quest Mfg, et al.
Transcript of 3/11/14 hearing before Magistrate Gregory Kelly
One copy - PDF copy emailed to Debi Robbins

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | 138 | 0.90 | 124.20 | | | | 124.20 |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

Misc. Desc.                                MISC. CHARGES:

TOTAL: 124.20
LESS DISCOUNT FOR LATE DELIVERY:
TAX (If Applicable):
LESS AMOUNT OF DEPOSIT:
TOTAL REFUND:
TOTAL DUE: $124.20

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE     *Diane Peede*                      DATE    03-31-2014

(All previous editions of this form are cancelled and should be destroyed)



# Invoice

Remit to:
P.O. Box 3173
Wichita, KS 67201-3173
877-876-7706

| Date | Invoice # |
|---|---|
| 1/23/2014 | B107260 |

Tax ID - 27-2325900

*Chicago ~Orange County~San Jose~Mountain View ~San Francisco~Los Angeles~Century City*
*Austin ~ Dallas ~ Kansas City ~ New York ~ Washington DC*

**Bill To**
GrayRobinson, P.A.
Attn:Accounts Payable
301 East Pine Street
Suite 1400
Orlando, FL 32801

**Ship To**
GrayRobinson, P.A.
Attn:Debi Robbins
301 East Pine Street
Suite 1400
Orlando, FL 32801

| Job# | Terms | Due Date | Rep | Project Case Name | Client's Ref.# | Client Contact |
|---|---|---|---|---|---|---|
| LA015116 | Net 30 | 2/22/2014 | JP LA | 147607-3 | 147607-3 | Debi Robbins |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
|  | Request Date:January 16,2014<br>Re:147607-3<br>Description:On-Site<br>Location:HQ Global Workplaces<br>450 N Brand Blvd<br>Glendale, CA 90213 |  |  |
| 1 | On-Site Set-up Fee | 125.00 | 125.00 |
| 2,189 | On-Site Scanning (per page) | 0.25 | 547.25T |
| 1 | On-Site Parking Fee | 11.00 | 11.00T |
|  | Volume Name:LA015116_001<br>Range:00001 - 02189<br>Delivery Date:January 17,2014 |  |  |

Thank You! We Appreciate Your Business..

Signature:

TERMS: This invoice is due and payable within 30 days of invoice date and past due after that. Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Advanced Discovery. Your signature above is an agreement that the above described work has been authorized and received.

| | |
|---|---|
| **Subtotal** | $683.25 |
| **Sales Tax (9.0%)** | $50.24 |
| **Invoice Total** | $733.49 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $733.49 |

# RICOH

Page 1 of 1

## INVOICE

Ricoh USA, Inc. - Orlando, FL
Phone: (407) 843-3600   Fax:
Federal ID: 230334400

| Invoice # | L2414010079 |
|---|---|
| Invoice Date: | 01/09/2014 |
| Due Date: | 02/08/2014 |
| Terms: | Net 30 Days |
| Customer Code: | L24-GRLL |
| Natl ID: | 67487 |

**BILL TO:**
GRAY ROBINSON
301 E PINE STREET
ORLANDO, FL 32801

**SHIP TO:**
GRAY ROBINSON
301 E PINE STREET
ORLANDO, FL 32801

Attn: FREDDIE CASTRO

Price using: STANDARD Price

| Reference / Case # 8450 147607-3 ORL | Reference 2 | Reference 3 | Account Manager ERNEST MOYER |
|---|---|---|---|

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| SO-1401-0067 | 01/08/2014 | FREDDIE CASTRO - GRAY ROBINSON | | | | |
| *895 | | File Folder Capture | 6.00 | 0.2500 | | 1.50 |
| 721 | | CD - Master(s) | 1.00 | 25.0000 | | 25.00 |
| *713 | | Image Capture D - Heavy | 1,107.00 | 0.1200 | | 132.84 |
| *714 | | Image Capture E - Glasswork | 679.00 | 0.1800 | | 122.22 |

AN 21 2013

Q134367

**Valued Customer:**
Due to increases in service costs, effective January 1, 2014 Ricoh reserves the right to charge a minimum fee of $150 for all document outsourcing orders.
This policy will allow us to continue to provide the quality and service you have come to expect from Ricoh.
We thank you for your business and appreciate your understanding the necessity of this policy.

**Please Pay From This Invoice**

Customer's duly authorized signature below is an agreement that the above-described work, project or deliverable has been received and accepted by Customer and Customer hereby agrees that such work, project or deliverable is complete and satisfactory for all purposes. Customer assures payment of this invoice when due. Interest at the rate of the lesser of 1.5% per month or the maximum rate permitted by law, will be charged on invoices not paid timely. Customer agrees to pay reasonable legal fees incurred in connection of past due accounts.

| Taxable Sales: | 25.00 |
|---|---|
| Sales Tax: | 1.63 |
| * Non-Taxable: | 256.56 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT $** | **283.19** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received/Accepted by: {Print} _____ {Signature} _____ Date: 1/14/14

Please pay from this copy. The party named on this bill is held responsible for payment.

**Payment From:**
GRAY ROBINSON
301 E PINE STREET
ORLANDO, FL 32801

**Amount Enclosed**
$

Invoice: L2414010079
Invoice Date: 01/09/2014
Due Date: 02/08/2014
Customer Code: L24-GRLL
natl id: 67487

**Please Remit To:**
Ricoh USA, Inc.
Legal Document Services Southeast District - L24
P O Box 532545
Atlanta, GA 30353-2545

PAY THIS AMOUNT $ 283.19

147607-3 Copy Costs

| Date | Bill Num | Cost Code | Billed Amt |
|---|---|---|---|
| 11/29/2012 | 10306250 | COPIES | $2.40 |
| 12/28/2012 | 10312340 | COPIES | $1.60 |
| 3/18/2013 | 10335604 | COPIES | $3.40 |
| 4/11/2013 | 10342465 | COPIES | $1.40 |
| 10/24/2013 | 10389259 | COPIES | $2.80 |
| 10/24/2013 | 10389259 | COPIES | $51.60 |
| 10/28/2013 | 10389259 | COPIES | $0.80 |
| 11/21/2013 | 10397917 | COPIES | $0.40 |
| 11/25/2013 | 10397917 | COPIES | $19.60 |
| 11/25/2013 | 10397917 | COPIES | $25.60 |
| 11/25/2013 | 10397917 | COPIES | $10.40 |
| 11/25/2013 | 10397917 | COPIES | $4.80 |
| 11/25/2013 | 10397917 | COPIES | $0.80 |
| 11/25/2013 | 10397917 | COPIES | $2.00 |
| 12/3/2013 | 10404527 | COPIES | $87.60 |
| 12/3/2013 | 10404527 | COPIES | $1.80 |
| 12/9/2013 | 10404527 | COPIES | $2.40 |
| 1/7/2014 | 10410656 | COPIES | $49.80 |
| 1/8/2014 | 10410656 | COPIES | $47.20 |
| 1/15/2014 | 10410656 | COPIES | $52.20 |
| 1/15/2014 | 10410656 | COPIES | $18.20 |
| 1/15/2014 | 10410656 | COPIES | $19.00 |
| 1/16/2014 | 10410656 | COPIES | $13.00 |
| 1/28/2014 | 10410656 | COPIES | $6.40 |
| 2/7/2014 | 10418722 | COPIES | $400.20 |
| 2/19/2014 | 10418722 | COPIES | $0.20 |
| 2/28/2014 | 10418722 | COPIES | $0.80 |
| 3/10/2014 | 10428222 | COPIES | $108.00 |
| 4/3/2014 | 10436128 | COPIES | $20.00 |
| 4/9/2014 | 10436128 | COPIES | $1.40 |
| 4/14/2014 | 10436128 | COPIES | $16.20 |
| 5/2/2014 | 10445079 | COPIES | $112.20 |
| | | | $1,084.20 |