# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JEANNETTE MARTELLO,

      Plaintiff,

v.                              Case No: 6:12-cv-1304-Orl-22GJK

PRODUCT QUEST MANUFACTURING, LLC, JOHN T. REGAN and PRODUCT QUEST MANUFACTURING, INC.,

      Defendants.

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** DEFENDANTS' MOTION FOR AWARD OF ATTORNEYS' FEES AND EXPERT WITNESS COSTS (Doc. No. 184)
>
> **FILED:** June 20, 2014
>
> **THEREON** it is **ORDERED** that the motion is **DENIED WITHOUT PREJUDICE**.

On June 6, 2014, this case was dismissed due to Plaintiff's failure to obey the Court's orders. Doc. No. 178. Plaintiff has appealed the Court's order of dismissal. Doc. No. 179. On June 20, 2014, Defendants filed a Motion for Award of Attorneys' Fees and Expert Witness Costs (the "Motion"). Doc. No. 184. It does not appear that consideration of the appeal would be better informed if accompanied by a decision on Defendants' Motion. Furthermore, the

determination of the appeal may affect consideration of the Motion. Accordingly, the Motion is **DENIED without prejudice**. *See* Comments to 1993 Amendments to Rule 58, Federal Rules of Civil Procedure. Defendants may renew the Motion, if appropriate, after appellate proceedings have concluded and after conferring with Plaintiff in a good faith effort to resolve the issues raised in the Motion.

**DONE** and **ORDERED** in Orlando, Florida on June 25, 2014.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties