# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JEANNETTE MARTELLO,**

      **Plaintiff,**

**v.**                                                       **Case No: 6:12-cv-1304-Orl-22GJK**

**PRODUCT QUEST MANUFACTURING, LLC, JOHN T. REGAN and PRODUCT QUEST MANUFACTURING, INC.,**

      **Defendants.**

## ORDER

This cause came on for consideration without oral argument on the following motions filed herein:

| | |
|---|---|
| **MOTION:** | **DEFENDANTS' OPPOSED MOTION FOR 10-DAY ENLARGEMENT OF DEADLINE TO CLAIM ATTORNEYS' FEES AND EXPERT WITNESS COSTS (Doc. No. 181)** |
| **FILED:** | **June 19, 2014** |

**THEREON** it is **ORDERED** that the motion is **DENIED AS MOOT**. See Doc. No. 185.

> **MOTION:** DEFENDANTS' OPPOSED MOTION FOR LEAVE TO FILE ATTORNEY BILLING RECORDS UNDER SEAL AND EX PARTE (Doc. No. 182)
>
> **FILED:** June 19, 2014
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED AS MOOT**. See Doc. No. 185.

**DONE** and **ORDERED** in Orlando, Florida on June 25, 2014.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties